[If you need additional space for ANY section, please attach an additional sheet and reference that section]

RECEIVED

*e* SEP 18 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

Daniel Valenzuela )
)
_____ )
)
Plaintiff(s), )
)
v. )
O'HARE TOWING SERVICE )
)
_____ )
)
Defendant(s). )

**FILED**

10/21/2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: _____

1:19-cv-06230
Judge Sharon Johnson Coleman
Magistrate Judge Sunil R. Harjani

**FILED**

DEC 16 2019 JG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Daniel Valenzuela _____ of the

county of Cook _____ in the state of Illinois _____.

3. The defendant is O'HARE TOWING SERVICE _____, whose

street address is 2424 Wisconsin Ave _____,

(city) Downers Grove (county) DuPage (state) Illinois (ZIP) 60515

(Defendant's telephone number) (630) - 796 - 6756

4. The plaintiff sought employment or was employed by the defendant at (street address)

2424 Wisconsin Ave _____ (city) Downers Grove

(county) DuPage (state) Illinois (ZIP code) 60515

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.   The plaintiff [*check one box*]

(a)   ☐   was denied employment by the defendant.

(b)   ☐   was hired and is still employed by the defendant.

(c)   ☒   was employed but is no longer employed by the defendant.

6.   The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) October , (day) 27 , (year) 2017 .

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)   The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)   ☒ the United States Equal Employment Opportunity Commission, on or about

(month) Jan (day) 12 (year) 2018 .

(ii)   ☒ the Illinois Department of Human Rights, on or about

(month) Jan (day) 12 (year) 2018 .

(b)   If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

(a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) July

(day) 3 (year) 2019 .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) July (day) 3 (year) 2019 a copy of which

*Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.     If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.     Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.     The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Requesting more than 4 Times, Still Refuse provide Reasonable Accommodation
ASL Sign Language require by ADA & LAW, Refuse provide during meeting,
TESLA TRAINING CLASS, refuse hire Interpreter Certificate during Interview
Job, they using other driver employee came in to do his best able
Sign Language = Damage to my Rights, Harassment, Suffering Stressing, disrespectful.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)   ☐ Direct the defendant to hire the plaintiff.

    (b)   ☐ Direct the defendant to re-employ the plaintiff.

    (c)   ☐ Direct the defendant to promote the plaintiff.

    (d)   ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)   ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)   ☐ Direct the defendant to (specify): _____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.


_____

(Plaintiff's signature)

Daniel Valenzuela

(Plaintiff's name)

2414 Randall Ln #3E

(Plaintiff's street address)


(City) Arlington Heights (State) Illinois (ZIP) 60004

(Plaintiff's telephone number) (630) – 489- 6167

Date: 9-18-2019


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2018-00849 |

| **Illinois Department Of Human Rights** | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Daniel A. Valenzuela** | (630) 489-6767 | 1978 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 545 N Columbine Avenue, Lombard, IL 60148 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **O'HARE TOWING SERVICE** | 15 - 100 | (630) 796-6756 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 2424 Wisconsin Ave, Downers Grove, IL 60515 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ☐ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☐ AGE | ☒ DISABILITY | | ☐ GENETIC INFORMATION |
| ☐ OTHER (Specify) | | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest **10/27/2017**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about October 18, 2016. My current position is Professional Operator Towing/Recovery. Respondent was aware of my disability. During my employment with Respondent, I was subjected to harassment. In addition, I requested a reasonable accommodation, which was not provided. I complained to Respondent. Subsequently, my hours were reduced and I was discharged.

I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jan 12, 2018<br>Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: Daniel A. Valenzuela<br>545 N Columbine Avenue<br>Lombard, IL 60148 | From: Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|
| EEOC Charge No. | EEOC Representative<br>Daniel Acosta,<br>Investigator | Telephone No. |
| 440-2018-00849 | | (312) 872-9667 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

**Julianne Bowman,**
**District Director**

7/3/19
(Date Mailed)

cc: **O'Hare Towing Service**
**Patrick Derbak, HR**
**2424 Wisconsin Ave**
**Downers Grove, IL 60515**



This letter and contained evidence is being sent via Certified Mail on December 11th 2019. The

evidence has been sent to Mr. Dan Valenzuela at 2414 Randall Lane #3E Arlington Heights, Il

60004 a copy has also been sent to United States District Court Northern District of Illinois.

O'Hare Truck Service, Inc. was served with this summons on 11/27/2019 at 15:30pm.

No one was provided with a receipt of service at O'Hare Towing Service.

2755 Division St Melrose Park, Il 60160
2424 Wisconsin Ave Downers Grove, IL 60515
3535 S. State Street Lockport, IL 60441
424 Main Street Gardner, IL 60424
800.227.6890          630.810.5414          fax 847-455-0412
www.oharetowing.com



Legal Name: O'Hare Truck Service, Inc.

DBA: O'Hare Towing Service, Inc.

Address: 2424 Wisconsin Ave, Downers Grove, Il 60515

Contact: Pat Derbak , HR Manager, (630) 824-4704, PDerbak@oharetowing.com


To Whom It May Concern,

Family owned for the past 55 years O'Hare Towing Service has been among the nation's leaders
in the towing and recovery industry. With locations in Downers Grove, Melrose Park, Lockport,
and Gardner Illinois O'Hare Towing Service has amassed a book of business which services 38
police municipalities, private customers, and countless communities throughout the Chicagoland
and greater suburban area. Current President and CEO of O'Hare Towing Service has long been
a leader in the towing industry, twice serving as the President of the International Towing Hall of
Fame, Twice being named American Towman of the Year, and countless other awards. He has
also been an advocate for civil liberties, as exposed in the case of O'Hare Truck Service v. City
of Northlake, which was heard in front of the Supreme Court and ruled in favor of O'Hare Truck
Services protection of First Amendment rights. In 55 years, O'Hare Towing Service has had 0
claims regarding discrimination in the workplace for any reason.

2755 Division St Melrose Park, Il 60160
2424 Wisconsin Ave Downers Grove, IL 60515
3535 S. State Street Lockport, IL 60441
424 Main Street Gardner, IL 60424
800.227.6890          630.810.5414          fax 847-455-0412
www.oharetowing.com

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Daniel A. Valenzuela
545 N Columbine Avenue
Lombard, IL 60148

From: Chicago District Office
230 S. Dearborn
Suite 1866
Chicago, IL 60604

| | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-00849 | Daniel Acosta, Investigator | (312) 872-9667 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHT

*(See the additional information attached.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman,
District Director

7/3/19
*(Date Mailed)*

Enclosures(s)

cc: O'Hare Towing Service
Patrick Derbak, HR
2424 Wisconsin Ave
Downers Grove, IL 60515

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **440-2018-00849** |

| **Illinois Department Of Human Rights** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Daniel A. Valenzuela** | **(630) 489-6767** | **1978** |

Street Address      City, State and ZIP Code

**545 N Columbine Avenue, Lombard, IL 60148**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **O'HARE TOWING SERVICE** | **15 - 100** | **(630) 796-6756** |

Street Address      City, State and ZIP Code

**2424 Wisconsin Ave, Downers Grove, IL 60515**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address      City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest      Latest |
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN | **10/27/2017** |
| ☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about October 18, 2016. My current position is Professional Operator Towing/Recovery. Respondent was aware of my disability. During my employment with Respondent, I was subjected to harassment. In addition, I requested a reasonable accommodation, which was not provided. I complained to Respondent. Subsequently, my hours were reduced and I was discharged.

I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC

JAN 12 2018

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Jan 12, 2018**      _[signature]_ <br> Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



Chicago District Office

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL 60604
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Chicago Direct Dial: (312) 872-9777
Administration Fax: (312) 588-1255
Enforcement/File Disclosure Fax: (312) 588-1260
Federal Sector Fax: (312) 588-1265
Intake Fax: (312) 588-1286
Legal Fax: (312) 588-1494
Mediation Fax: (312) 588-1498
Website: www.eeoc.gov

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to Sylvia Bustos and either mailed to the address above, faxed to (312) 588-1260 or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *Be sure to include your name, address, phone number and EEOC charge number with your request.*

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* Before filing a lawsuit, but within 90 days of your receipt of the Right to Sue, or

* After your lawsuit has been filed. If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the *Respondent* you may be granted access to the file *only after* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure before you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by Aloha Print Group. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, it is recommended that you first review your file to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent in its entirety to the copy service, and you will be responsible for the cost. Payment must be made directly to Aloha Print Group, which charges 15 cents per page.

(Revised 05/20/19, previous copies obsolete)



Staffing Chart:

Bill Gratzianna (President & CEO)
Marci Gratzianna (Vice President)
Katherine Gratzianna (Operations) Pat Derbak (Human Resources) Doug Everett (Operations)

Charges:

This case currently has 4 issues regarding the alleged treatment of Daniel Valenzuela during his tenure at O'Hare Towing Service.

The first charge is of harassment in the workplace. I would first like to bring to your attention that at this point O'Hare Towing Service has not been provided any sort of evidence regarding harassment in the workplace for which I can refute or correct. Second harassment is defined as "aggressive pressure or intimidate." I would assure you that Mr. Valenzuela was never treated in an aggressive manner, intimidated, or treated any differently from other. O'Hare has very simple policies regarding the conduct of employees. Operators are asked to perform a service while they are clocked in and being paid, if they refuse to do the service for a reason other than one that would jeopardize their safety further, they are asked to return to their shop and go home for the day. This process is held true for all employees. Mr. Valenzuela felt entitled to make his own decisions regarding what he would be doing while he was on the clock, contrary to what his job description as a tow operator provided him. Attached is a series of emails, most of them will show that there was no discrimination of job duties given to Dan, he was simply asked to be a truck operator, and his response would be negative, as he felt he was being treated unfairly, because he felt he was above the actions of his peers.

The next charge is on of an EEOC or an ADA violation. Mr. Valenzuela would communicate on a daily basis via 3 major mediums, first was text message, the second was another operator who spoke sign language (who had spoken sign language his whole life and was friend of the plaintiff prior to his employment), and the third was via lip reading and note writing (which the plaintiff offered as a form of communication). As I said these worked on a daily basis. When Mr. Valenzuela would have an issue, and not like the response he was given, he would request an

2755 Division St Melrose Park, Il 60160
2424 Wisconsin Ave Downers Grove, IL 60515
3535 S. State Street Lockport, IL 60441
424 Main Street Gardner, IL 60424
800.227.6890          630.810.5414          fax 847-455-0412
www.oharetowing.com



interpreter. Due to the delay of brining one in for immediate response, we would attempt to compromise, with mediums we have proven to be useful in the past, or he could call in via an interpreter's video phone line which he had done in the past. When Mr. Valenzuela would request an accommodation, we would contact him, advice that I would need an agenda for the meeting, to insure that all necessary people would be available (we have 4 different locations, managers are constantly rotating, and people's schedules differ), Mr. Valenzuela would never respond. Lastly, we did provide interpreters for a meeting with Mr. Valenzuela. Attached is a copy of the email, as well as a copy of the invoice for the interpreter we did provide for a meeting. Also attached is a copy of the ADA effective communications outline for various modes of communications, many of which Mr. Valenzuela refused to accept as means of communication when they may have suited best for the time and occasion.

The charge of hours reduction, as stated previously were due to Mr. Valenzuela refusing to follow company guidelines, and would be told by our President to go home for the day and return when he was capable of following company directives.

Ultimately the claimant was not discharged for any reason that he is claiming. Mr. Valenzuela was written up, and terminated for multiple company policy violations. 1. Regarding his social media posts, which were prohibited by the company, 2. A sexual harassment complaint made by an employee regarding his comments on her relationship in the workplace, 3. His lack of respect for managers and patterns of insubordination.


Applicable Company Practices:

Applicable practices and procedures regarding this case as attached, but include Equal Opportunity Employment Policies, Sexual Harassment, and Social Media Policy: O'Hare Towing Service has provided interpreters to all employees as reasonable accommodations. A similarly impacted deaf employee was provided interpreters for training purposes, as well as supplied one for a 1 on 1 meeting. As stated, in 55 years of business, O'Hare has no claims of discrimination, and have had employee's with various disabilities, who when they communicate a need are offered solutions.

2755 Division St Melrose Park, Il 60160
2424 Wisconsin Ave Downers Grove, IL 60515
3535 S. State Street Lockport, IL 60441
424 Main Street Gardner, IL 60424
800.227.6890         630.810.5414         fax 847-455-0412
www.oharetowing.com



Officials who took action regarding the handling of Dan Valenzuela, are Pat Derbak, Katherine Gratzianna, and Bill Gratzianna.

Specific Dates and actions are contained in the various emails attached to this statement of position, if further comment or clarification is needed it can be obtained. As previously stated, no evidence has been supplied to O'Hare Towing Service regarding this, so any specific case claims are difficult to refute at this time.

The evidence contained is offered in support of O'Hare Towing Service fulfilling their obligations as employers accommodating for employees request in a reasonable manner. Also contained are evidence of our interactions with Mr. Valenzuela where he demonstrated actions warranting discipline, with no remorse or intention of not occurring again.


Resolution:
On, July 3 of 2019, O'Hare Truck Service was provided documentation from the EEOC stating that based upon the evidence provided no evidence was provided that established any violation that the EEOC was closing its file on this charge, and the case was dismissed.

This current summons contains the same charges thus the same previously provided information will be documented.

If you have any further questions please do not hesitate to contact,

Thank you,

Patrick Derbak
O'Hare Towing Service
Human Resources
PDerbak@Oharetowing.com
(630) 824-4704

2755 Division St Melrose Park, Il 60160
2424 Wisconsin Ave Downers Grove, IL 60515
3535 S. State Street Lockport, IL 60441
424 Main Street Gardner, IL 60424
800.227.6890        630.810.5414        fax 847-455-0412
www.oharetowing.com

**U.S. Department of Justice**
Civil Rights Division
*Disability Rights Section*





# Effective Communication

The Department of Justice published revised final regulations implementing the Americans with Disabilities Act (ADA) for title II (State and local government services) and title III (public accommodations and commercial facilities) on September 15, 2010, in the Federal Register. These requirements, or rules, clarify and refine issues that have arisen over the past 20 years and contain new, and updated, requirements, including the 2010 Standards for Accessible Design (2010 Standards).

## Overview

**People who have vision, hearing, or speech disabilities ("communication disabilities") use different ways to communicate. For example, people who are blind may give and receive information audibly rather than in writing and people who are deaf may give and receive information through writing or sign language rather than through speech.**

The ADA requires that title II entities (State and local governments) and title III entities (businesses and nonprofit organizations that serve the public) communicate effectively with people who have communication disabilities. The goal is to ensure that communication with people with these disabilities is equally effective as communication with people without disabilities.

This publication is designed to help title II and title III entities ("covered entities") understand how the rules for effective communication, including rules that went into effect on March 15, 2011, apply to them.

- The purpose of the effective communication rules is to ensure that the person with a vision, hearing, or speech disability can communicate with, receive information from, and convey information to, the covered entity.

- Covered entities must provide auxiliary aids and services when needed to communicate effectively with people who have communication disabilities.

- The key to communicating effectively is to consider the nature, length, complexity, and context of the communication and the person's normal method(s) of communication.

- The rules apply to communicating with the person who is receiving the covered entity's goods or services as well as with that person's parent, spouse, or companion in appropriate circumstances.

## Auxiliary Aids and Services

The ADA uses the term "auxiliary aids and services" ("aids and services") to refer to the ways to communicate with people who have communication disabilities.

- For people who are blind, have vision loss, or are deaf-blind, this includes providing a qualified reader; information in large print, Braille, or electronically for use with a computer screen-reading program; or an audio recording of printed information. A "qualified" reader means someone who is able to read effectively, accurately, and impartially, using any necessary specialized vocabulary.

- For people who are deaf, have hearing loss, or are deaf-blind, this includes providing a qualified notetaker; a qualified sign language interpreter, oral interpreter, cued-speech interpreter, or tactile interpreter; real-time captioning; written

materials; or a printed script of a stock speech (such as given on a museum or historic house tour). A "qualified" interpreter means someone who is able to interpret effectively, accurately, and impartially, both receptively (i.e., understanding what the person with the disability is saying) and expressively (i.e., having the skill needed to convey information back to that person) using any necessary specialized vocabulary.

- For people who have speech disabilities, this may include providing a qualified speech-to-speech transliterator (a person trained to recognize unclear speech and repeat it clearly) , especially if the person will be speaking at length, such as giving testimony in court, or just taking more time to communicate with someone who uses a communication board. In some situations, keeping paper and pencil on hand so the person can write out words that staff cannot understand or simply allowing more time to communicate with someone who uses a communication board or device may provide effective communication. Staff should always listen attentively and not be afraid or embarrassed to ask the person to repeat a word or phrase they do not understand.

In addition, aids and services include a wide variety of technologies including 1) assistive listening systems and devices; 2) open captioning, closed captioning, real-time captioning, and closed caption decoders and devices; 3) telephone handset amplifiers, hearing-aid compatible telephones, text telephones (TTYs) , videophones, captioned telephones, and other voice, text, and video-based telecommunications products; 4) videotext displays; 5) screen reader software, magnification software, and optical readers; 6) video description and secondary auditory programming (SAP) devices that pick up video-described audio feeds for television programs; 7) accessibility features in electronic documents and other electronic and information technology that is accessible (either independently or through assistive technology such as screen readers) .

**Real-time captioning** (also known as computer-assisted real-time transcription, or CART) is a service similar to court reporting in which a transcriber types what is being said at a meeting or event into a computer that projects the words onto a screen. This service, which can be provided on-site or remotely, is particularly useful for people who are deaf or have hearing loss but do not use sign language.

The free nationwide **telecommunications relay service** (TRS), reached by calling 7-1-1, uses communications assistants (also called CAs or relay operators) who serve as intermediaries between people who have hearing or speech disabilities who use a text telephone (TTY) or text messaging and people who use standard voice telephones. The communications assistant tells the telephone user what the other party is typing and types to tell the other party what the telephone user is saying. TRS also provides speech-to-speech transliteration for callers who have speech disabilities.

**Video relay service** (VRS) is a free, subscriber-based service for people who use sign language and have videophones, smart phones, or computers with video communication capabilities. For outgoing calls, the subscriber contacts the VRS interpreter, who places the call and serves as an intermediary between the subscriber and a person who uses a standard voice telephone. The interpreter tells the telephone user what the subscriber is signing and signs to the subscriber what the telephone user is saying.

**Video remote interpreting** (VRI) is a fee-based service that uses video conferencing technology to access an off-site interpreter to provide real-time sign language or oral interpreting services for conversations between hearing people and people who are deaf or have vision loss. The new regulations give covered entities the choice of using VRI or on-site interpreters in situations where either would be effective. VRI can be especially useful in rural areas where on-site interpreters may be difficult to obtain. Additionally, there may be some cost advantages in using VRI in certain circumstances. However, VRI will not be effective in all circumstances. For example, it will not be effective if the person who needs the interpreter has difficulty seeing the screen (either because of vision loss or because he or she cannot be properly positioned to see the screen, because of an injury or other condition). In these circumstances, an on-site interpreter may be required.

If VRI is chosen, *all* of the following specific performance standards must be met:

- real-time, full-motion video and audio over a dedicated high-speed, wide-bandwidth video connection or wireless connection that delivers high-quality video images that do not produce lags, choppy, blurry, or grainy images, or irregular pauses in communication;
- a sharply delineated image that is large enough to display the interpreter's face, arms, hands, and fingers, and the face, arms, hands, and fingers of the person using sign language, regardless of his or her body position;

- a clear, audible transmission of voices; and

- adequate staff training to ensure quick set-up and proper operation.

**Many deaf-blind individuals use support service providers (SSPs) to assist them in accessing the world around them. SSPs are not "aids and services" under the ADA. However, they provide mobility, orientation, and informal communication services for deaf-blind individuals and are a critically important link enabling them to independently access the community at large.**

## Effective Communication Provisions

Covered entities must provide aids and services when needed to communicate effectively with people who have communication disabilities.

The key to deciding what aid or service is needed to communicate *effectively* is to consider the nature, length, complexity, and context of the communication as well as the person's normal method(s) of communication.

Some easy solutions work in relatively simple and straightforward situations. For example:

- In a lunchroom or restaurant, reading the menu to a person who is blind allows that person to decide what dish to order.

- In a retail setting, pointing to product information or writing notes back and forth to answer simple questions about a product may allow a person who is deaf to decide whether to purchase the product.

Other solutions may be needed where the information being communicated is more extensive or complex. For example:

- In a law firm, providing an accessible electronic copy of a legal document that is being drafted for a client who is blind allows the client to read the draft at home using a computer screen-reading program.

- In a doctor's office, an interpreter generally will be needed for taking the medical history of a patient who uses sign language or for discussing a serious diagnosis and its treatment options.

A person's method(s) of communication are also key. For example, sign language interpreters are effective only for people who use sign language. Other methods of communication, such as those described above, are needed for people who may have lost their hearing later in life and do not use sign language. Similarly, Braille is effective only for people who read Braille. Other methods are needed for people with vision disabilities who do not read Braille, such as providing accessible electronic text documents, forms, etc., that can be accessed by the person's screen reader program.

Covered entities are also required to accept telephone calls placed through TRS and VRS, and staff who answer the telephone must treat relay calls just like other calls. The communications assistant will explain how the system works if necessary.

Remember, the purpose of the effective communication rules is to ensure that the person with a communication disability can receive information from, and convey information to, the covered entity.

## Companions

In many situations, covered entities communicate with someone other than the person who is receiving their goods or services. For example, school staff usually talk to a parent about a child's progress; hospital staff often talk to a patient's spouse, other relative, or friend about the patient's condition or prognosis. The rules refer to such people as "companions" and require covered entities to provide effective communication for companions who have communication disabilities.

The term "companion" includes any family member, friend, or associate of a person seeking or receiving an entity's goods or services who is an appropriate person with whom the entity should communicate.

## Use of Accompanying Adults or Children as Interpreters

Historically, many covered entities have expected a person who uses sign language to bring a family member or friend to interpret for him or her. These people often lacked the impartiality and specialized vocabulary needed to interpret effectively and accurately. It was particularly problematic to use people's children as interpreters.

The ADA places responsibility for providing effective communication, including the use of interpreters, directly on covered entities. They cannot require a person to bring someone to interpret for him or her. A covered entity can rely on a companion to interpret in only two situations.

(1) In an emergency involving an imminent threat to the safety or welfare of an individual or the public, an adult or minor child accompanying a person who uses sign language may be relied upon to interpret or facilitate communication only when a qualified interpreter is not available.

(2) In situations *not* involving an imminent threat, an adult accompanying someone who uses sign language may be relied upon to interpret or facilitate communication when a) the individual requests this, b) the accompanying adult agrees, and c) reliance on the accompanying adult is appropriate under the circumstances. This exception does *not* apply to minor children.

Even under exception (2) , covered entities may *not* rely on an accompanying adult to interpret when there is reason to doubt the person's impartiality or effectiveness. For example:

- It would be inappropriate to rely on a companion to interpret who feels conflicted about communicating bad news to the person or has a personal stake in the outcome of a situation.

- When responding to a call alleging spousal abuse, police should never rely on one spouse to interpret for the other spouse.

## Who Decides Which Aid or Service Is Needed?

When choosing an aid or service, title II entities are *required* to give primary consideration to the choice of aid or service requested by the person who has a communication disability. The state or local government must honor the person's choice, unless it can demonstrate that another equally effective means of communication is available, or that the use of the means chosen would result in a fundamental alteration or in an undue burden (see limitations below). If the choice expressed by the person with a disability would result in an undue burden or a fundamental alteration, the public entity still has an obligation to provide an alternative aid or service that provides effective communication if one is available.

Title III entities are *encouraged* to consult with the person with a disability to discuss what aid or service is appropriate. The goal is to provide an aid or service that will be effective, given the nature of what is being communicated and the person's method of communicating.

**Covered entities may require reasonable advance notice from people requesting aids or services, based on the length of time needed to acquire the aid or service, but may not impose excessive advance notice requirements. "Walk-in" requests for aids and services must also be honored to the extent possible.**

## Limitations

Covered entities are required to provide aids and services unless doing so would result in an "undue burden," which is defined as significant difficulty or expense. If a particular aid or service would result in an undue burden, the entity must provide another effective aid or service, if possible, that would not result in an undue burden. Determining what constitutes an undue burden will vary from entity to entity and sometimes from one year to the next. The impact of changing economic conditions on the resources available to an entity may also be taken into consideration in making this determination.

**State and local governments**: in determining whether a particular aid or service would result in undue financial and administrative burdens, a title II entity should take into consideration the cost of the particular aid or service in light of all resources available to fund the program, service, or activity and the effect on other expenses or operations. The decision that a particular aid or service would result in an undue burden must be made by a high level official, no lower than a Department head, and must include a written statement of the reasons for reaching that conclusion.

**Businesses and nonprofits**: in determining whether a particular aid or service would result in an undue burden, a title III entity should take into consideration the nature and cost of the aid or service relative to their size, overall financial resources, and overall expenses. In general, a business or nonprofit with greater resources is expected to do more to ensure effective communication than one with fewer resources. If the entity has a parent company, the administrative and financial relationship, as well as the size, resources, and expenses of the parent company, would also be considered.

In addition, covered entities are not required to provide any particular aid or service in those rare circumstances where it would fundamentally alter the nature of the goods or services they provide to the public. In the performing arts, for example, slowing down the action on stage in order to describe the action for patrons who are blind or have vision loss may fundamentally alter the nature of a play or dance performance.

## Staff Training

A critical and often overlooked component of ensuring success is comprehensive and ongoing staff training. Covered entities may have established good policies, but if front line staff are not aware of them or do not know how to implement them, problems can arise. Covered entities should teach staff about the ADA's requirements for communicating effectively with people who have communication disabilities. Many local disability organizations, including Centers for Independent Living, conduct ADA trainings in their communities. The Department's ADA Information Line can provide local contact information for these organizations.

**For more information about the ADA, please visit our website or call our toll-free number.**

**ADA Website**

**www.ADA.gov**

To receive e-mail notifications when new ADA information is available,

visit the ADA Website's home page and click the **link** near the top of the middle column.

**ADA Information Line**

800-514-0301 (Voice) and 800-514-0383 (TTY)

24 hours a day to order publications by mail.

M-W, F 9:30 a.m. – 5:30 p.m. , Th 12:30 p.m. – 5:30 p.m. (Eastern Time) to speak with an ADA Specialist.

All calls are confidential.

For persons with disabilities, this publication is available in alternate formats.

Duplication of this document is encouraged. January 2014

**PDF Version of this Document**

January 31, 2014

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 440-2018-00849 |

| Illinois Department Of Human Rights | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Daniel A. Valenzuela | (630) 489-6767 | 1978 |

| Street Address | City, State and ZIP Code |
|---|---|
| 545 N Columbine Avenue, Lombard, IL 60148 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| O'HARE TOWING SERVICE | 15 - 100 | (630) 796-6756 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2424 Wisconsin Ave, Downers Grove, IL 60515 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest ____  Latest **10/27/2017**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I began my employment with Respondent on or about October 18, 2016. My current position is Professional Operator Towing/Recovery. Respondent was aware of my disability. During my employment with Respondent, I was subjected to harassment. In addition, I requested a reasonable accommodation, which was not provided. I complained to Respondent. Subsequently, my hours were reduced and I was discharged.**

**I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.**

RECEIVED EEOC

JAN 12 2018

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Jan 12, 2018** _[signature]_  Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:  Daniel A. Valenzuela
545 N Columbine Avenue
Lombard, IL 60148

From:  Chicago District Office
230 S. Dearborn
Suite 1866
Chicago, IL 60604

|   | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |   |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 440-2018-00849 | Daniel Acosta, Investigator | (312) 872-9667 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman,
District Director

1/3/19
(Date Mailed)

Enclosure(s)

cc:  **O'Hare Towing Service
Patrick Derbak, HR
2424 Wisconsin Ave
Downers Grove, IL 60515**

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2018-00849 |

| **Illinois Department Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Daniel A. Valenzuela** | **(630) 489-6767** | **1978** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **545 N Columbine Avenue, Lombard, IL 60148** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **O'HARE TOWING SERVICE** | **15 - 100** | **(630) 796-6756** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **2424 Wisconsin Ave, Downers Grove, IL 60515** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest **10/27/2017**
☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began my employment with Respondent on or about October 18, 2016. My current position is Professional Operator Towing/Recovery. Respondent was aware of my disability. During my employment with Respondent, I was subjected to harassment. In addition, I requested a reasonable accommodation, which was not provided. I complained to Respondent. Subsequently, my hours were reduced and I was discharged.

I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC

JAN 12 2018

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Jan 12, 2018 _____ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date — Charging Party Signature | |



**Purple Communications, Inc.**
595 Menlo Drive
Rocklin, CA 95765
916-663-6833
billing@purple.us

OHare Towing Services
ATTN:Julie Hinckley
2424 Wisconsin Ave
Downers Grove, IL 60515

| Customer ID | Invoice Date | Due Date |
|---|---|---|
| 74456 | 11/6/2017 | 12/6/2017 |
| Invoice | | Amount Due |
| 74456-58776 | | $900.00 |

---

### 10/25/2017 8:00 AM - 12:00 PM Training      $615.00

| | |
|---|---|
| Requestor: | Patrick Derbak |
| Participants: | Michael Lidster and Daniel Valenzuela |
| Location: | Ohare Towing Services |
| Job Reference: | IL17-74456-255844 |
| Interpreted By: | 70254: Cathy Silvern, 68503: Cinderella Branch, |

  Flat rate: 615.00                                  $615.00

### 10/27/2017 11:00 AM - 1:00 PM HR meeting      $285.00

| | |
|---|---|
| Requestor: | Patrick Derbak |
| Participants: | Daniel Valenzuela |
| Location: | Ohare Towing Services |
| Job Reference: | IL17-74456-256317 |
| Interpreted By: | 65235: Carrie Speakman, |

  2 hrs @ 95.000/hr                                   $190.00
  Travel: 95.00 flat rate.                             $95.00

                                        **Invoice Total:**    **$900.00**

\*\*\* Make sure to include the invoice number on your payment \*\*\*

\*\*\* Make checks payable to "Purple Communications, Inc." \*\*\*

Katie Gratzianna and Patrick Derbak
Human Resources Department
O'Hare Towing Service

RE: Request for Reasonable Accommodation for Daniel Valenzuela

Dear Ms. Gratzianna / Mr. Derbak

 work at O'Hare Towing as a driver and have been in this position
since October 2016.

I am writing to request that you provide ASL interpreters as a
reasonable accommodation under the Americans with Disabilities
Act. As you may know, I am deaf, and this accommodation would
help me be successful at my job. If you are not able to provide me
with an ASL interpreter, I ask that we engage in the interactive
process to determine whether there is an alternative effective
accommodation.

If you have questions, you can feel free to contact the Job
Accommodation Network at **1-800-526-7256** or the Great Lakes
ADA Center at **1-800-949-4232** for more information, free of
charge. If you have any questions about my request, you can
contact me in writing or by text,. However, I would appreciate a
written response to this letter.

Thank you,
08/17/2017
Daniel Valenzuela

## RE: Emailing Scan08172017.pdf

From: Patrick Derbak
Sent: Fri, Aug 18, 2017 at 4:54 pm
To:   Daniel Valenzuela

Hello,

My first question is what would the agenda of the meeting be, time frame, and topics to be discussed. I ask this because I need to know who all needs to be involved and coordinate with their schedules.
I also need to know the topics you wish to be addressed and and questions answered to insure that the correct people are being asked, and if they are unable to be available at a designated time if they could answer question ahead of time.

O'Hare Towing Service does not have any issue providing an ASL interpreter. However, you must understand the emergency aspect, vast scope of what managers do at O'Hare Towing Service it can be difficult to schedule anything and hold to a time. What are you suggestions for alternatives if a meeting cannot be set in the time frame you wish? We have engaged in phone conversations with individual managers in the past.


Patrick Derbak
O'Hare Towing Service
Human Resources
Office- (630) 824-4704
Fax- (630) 824-4861
Cell- (847) 951-7179

Dear _____ Daniel Valenzuela _____,

Further to our conversation on ___10/26/2017_____, I confirm that your employment with O'Hare Towing Service is terminated with effect from ___10/26/2017_____,

As stated at our meeting on ___10/26/2017_____, the reason for termination your employment is as follows;

-Gross Misconduct
- Repeated accounts of insubordination and failure to follow company procedures and direct commands from supervisors.
- Violation of the company social media policy.
- Inappropriate contact and communication with fellow employees.
- Repeated inappropriate examples of sexual harassment to multiple employees after previously being warned about comments. Creating a work environment that is hostile and uncomfortable for coworkers to operate in.

All company equipment issued to you is expected to be returned to O'Hare Towing Service by the time you receive your last paycheck.

Your final paycheck will arrive on 11/10/2017. It will be in the form of a manual check, it will be available for pickup from 9am- 5pm that day, and should other arrangements need to be made contact Pat Derbak at (630) 824 4704 or PDERBAK@OHARETOWING.COM. All company equipment is expected to be returned at or prior to this date.

Your final check will include the remaining balance of money owed for personal parts purchases (Jump pack and accessories).

Please sign, date and return this letter as confirmation of receipt of this letter and any attachments/enclosures.

Sincerely,

Patrick Derbak
Manager, Human Resources

Date: 10/26/2017

Signed/Received: _____

Name: _Daniel Valenzuela



# O'Hare Towing Service, Inc.

## Employee Warning Notice

### Employee Information

Employee Name: **Daniel Valenzuela**
Employee ID:
Manager: **Patrick Derbak**

Date: **10/24/2017**
Job Title: **LD Operator**
Department: **Operations**

### Type of Warning

| | | |
|---|---|---|
| ☐ First Warning | ☐ Second Warning | ☒ Final Warning |

### Type of Offense

| | | |
|---|---|---|
| ☐ Tardiness/Leaving Early | ☐ Absenteeism | ☒ Violation of Company Policies |
| ☐ Substandard Work | ☐ Violation of Safety Rules | ☐ Rudeness to Customers/Coworkers |
| ☐ Other: _____ | | |

### Details

Description of Infraction:
Dan has posted multiple times on various social media accounts pictures of O'Hare Towing Service Equipment. He has done this without the express written consent of a manager or company administrator for social media. This is in direct violation of the company social media policy, which outlines any and all social media posts about O'Hare Towing Service including pictures must be approved.

Plan for Improvement:
Dan will cease and desist all social media communication about O'Hare Towing Service immediately. All previously made posts will be removed and deleted. All future posts will be approved prior to being put on the internet.

Consequences of Further Infractions:
Suspension up to termination.
Civil lawsuit for defamation or violation of privacy may occur.

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your manager have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.*

Employee Signature

Date  10/26/17

Manager Signature

Date  10/26/17

*Witness Signature (if employee understands warning but refuses to sign)*

Date

I DAN VALenzuela Refuse to
Sign   X _____



I ___DANIEL VALENZUELA___ understand that any pictures/videos/ social media posts/ "check ins" must be approved by the Administration of O'Hare Towing Service by written request. Administration staff that you can go to with requests is listed below.

This includes and is not limited to, pictures, videos and or "posts"/ "tweets" posted on popular sites including Facebook, Instagram and Twitter. Please note that the pictures taken on scenes of accidents (on O'Hare company phones) are for O'Hare Towing use only and are not to be posted. We ask that you not take any pictures or videos on your personal phone to avoid any problem. Any picture taken of an O'Hare truck or any O'Hare equipment must be approved by O'Hare Administration staff.

All pictures and videos involving O'Hare equipment or that are taken at any O'Hare location (office, shop or yard) or any O'Hare call (police calls, motor clubs, accounts, and transports) is property of O'Hare Towing Service, and is not to be made public.

Failure to follow these rules will result in disciplinary action which may lead to termination.

_____      10/27 / 16

Signature                                              Date

_____      10/27 / 16

Supervisor or Witness Signature                Date

If you would like to submit a social media request form please see one of the following O'Hare Administration Staff members:

Katie Gratzianna or Michael Hrachovsky



## SEXUAL HARASSMENT POLICY STATEMENT

O'Hare Towing Service is committed to providing a workplace that is free from all forms of discrimination, including sexual harassment. Any employee's behavior that fits the definition of sexual harassment is a form of misconduct which may result in disciplinary action up to and including dismissal. Sexual harassment could also subject this company and, in some cases, an individual to substantial civil penalties.

O'Hare Towing Service's policy on sexual harassment is part of its overall affirmative action efforts pursuant to federal and state laws prohibiting discrimination based on age, race, color, religion, national origin, citizenship status, unfavorable discharge from the military, marital status, disability and gender. Specifically, sexual harassment is prohibited by Title VII of the Civil Rights Act of 1964 and the Illinois Human Rights Act.

Each O'Hare Towing Service employee of this company must refrain from sexual harassment in the workplace. No employee - male or female - should be subjected to unsolicited or unwelcome sexual overtures or conduct in the workplace. Furthermore, it is the responsibility of all supervisors and managers to make sure that the work environment is free from sexual harassment. All forms of discrimination and conduct which can be considered harassing, coercive or disruptive, or which create a hostile or offensive environment must be eliminated. Instances of sexual harassment must be investigated in a prompt and effective manner.

All employees of this company, particularly those in a supervisory or management capacity, are expected to become familiar with the contents of this policy and to abide by the requirements it establishes.

Employee Signature

10/27/16

Date

# Dan V.

From: Katie Gratzianna
Sent: Wed, Oct 25, 2017 at 10:34 pm
To: Pat Derbak, Mom, Dad

image1.png (631.7 KB)    image2.png (619.0 KB)    image3.png (631.3 KB)    **– Download all**

To whom it may concern,

I would like to put in a formal complaint against Daniel Valenzuela. Last night he was harassing me through a group text message that included myself, Dan and our HR manger, Pat. I tried multiple times to diffuse the situation and told him I was not wanting to have the conversation he was texting about. Dan then threatened me with taking me to court due to the keys for OTS truck 447 being accidentally locked in the vehicle the night previous. Dan advised that he felt he was being discriminated against due to his disability. I told Dan I was done with the conversation but he texted back "Read damn video camera find out who did pulled into shop yesterday!!!!!!! And QUIT BLAMING ME THIS CAN USE AGAINST YOU IN THE COURT! Katie stop blame me and no I am not allowed in newer truck, I will not have unleaded card anymore I will be using older truck and will be no issues I'm tired of your Meanest to employee"
At this point I felt extremely uncomfortable that one of my subordinates was threatening me with court. I then responded back with:

"Have your lawyer contact Pat if you are threatening me with court.
I am DONE with this conversation
You will be driving 447 for your shift or you will be sent home END OF STORY. I'm done with this conversation!"

Dan then thought it would be ok to text the following back to both Pat and myself:

Previously Dan has made inappropriate comments regarding my personal relationship that I have outside of work with Pat. I find this extremely rude and inappropriate. I have told Dan in the past that my personal relationship has nothing to do with Pat's or my jobs. However, he continues to make inappropriate comments regarding it.

At this point I would like this notated and the complaint handled by the HR department at O'Hare Towing Service.

Thank you,

Katie

Katherine G. Gratzianna

 
 
Dan Valenzuela

Yes you refused provide interpreter

I'm not contact your boyfriend pat

 Pat being whipped by you. Because you controlled pat we all can see that and Pat can't do anything much because you were control him

Pat is O'Hare towing's HR manager, my personal relationship has nothing to do with this.

Dan Valenzuela

Everyone never likes you

 Doesn't matter

   Message 



 Doesn't matter

> I don't know why you think this is appropriate to text your supervisor but this will not be tolerated.

Dan Valenzuela

You n management did wrongful and broke federal laws and refused follow disability rights for interpreter

 Your not my supervisor I'm very tough and deal with it

Pat Dernak

 You never responded to the email regarding the reasoning

Dan Valenzuela

   





Dan Valenzuela

I'm very mad at you guys for refused provide interpreter that mean anytime I asked never say No!

Never say no. You knew never never say No

 Pat back off!

Pat Derbak

 Dan come in at 3pm tomorrow stop texting immediately

Dan Valenzuela

I'm fed up with you guys. Disrespect and cause problem with my assigned and cause problem with key and refused solved. Cause too much hard and pressure on me.

   



Like I said I should be become supervisor or manager to help improve the business in right way than wrong way. But you guys refused make it worst then now u want interpeter about time. I hope this realized and it's time to wake up and allowed me to help sort of things out in a better solutions than lack of bad looks or bad examples etc.

Some of those employee does not have kids or enough reasonable to be off on weekend. I have very good reasonable for myself need to be off by request caseworker for my kids related to DCFS. We only asked is Wedensdsy switch into Saturday. That's small thing

   

Katie     Daniel

I did ask many times and katie text me said don't have time for this with interpeter and said have time talk over phone with video phone. End up discrimination and damage my disability rights by the federal law.

Earlier why you guys refused for through one year until now pass 1 year you decide wants interpeter to come out why u didn't do this before.



You've had two months to respond to my email requesting agenda, why no response?

Why no follow through?

  Message 

     DISC@VER 

   
What time will you be in tomorrow I have to schedule an interpreter

Thu, Oct 26, 10:08 AM

chat135903742906804473

Unfortunately tomorrow I'm off and remember I am required to pick up my kids and I was supposed off Friday and Saturday but you decline on me and decline on my Kids caseworker as they told you but you refused and told caseworker need letter n order from court that really ridiculous for a simple schedule adjustment. I'm sorry I am off tomorrow and have things to do with my beloved children and great father role of my own children. We can set up other day for interpreter and I have to collect all information and all

   

      

   
chat135903742900804473

Look, I can't take anymore stressed with Ohare situations. This need to be stopped and respect my assigned truck and stop taking key or lost key.

You were wrongful for last min interpreter. I am stuck with my son babysitter. If provide interpreter must have several days to make appt provide can't be last min.

 Now you threaten me. Let me call my lawyer again.

630 824 4704. My direct office line. I am not wrong you requested an interpreter and now you are saying you cannot see one when I have offered open availability?

  iMessage 

      

   

Katie      Daniel

> What time can you meet today

Today I am baby sitter on my son. I'm with my son until 3 or 330pm then had to drive all way to Skokie to pick up my beloved wife then pick up two of my step daughters. Tomorrow picking up my daughter n son. Downtown Chicago from foster parents that mother abandoned them.

 I really need have Saturday off and work on wedensday.

> Make note I'm attempting to schedule an interpreter for you and you are not responding to my requests for availability

   

      

Goodnight

You're refusing an interpreter

?

chat135903742906804473

Did I said?

What time will you be in tomorrow

chat135903742906804473

I love interpreter but I am not comfortable seeing you or katie no more very disrespect on me

Respect this.

There's no one else to talk to with an interpreter other than myself, what time will you be in tomorrow

iMessage

   

Katie     Daniel



I know a lot interpeter I have experience most of whole lifetime.

What time will you be in tomorrow

chat135903742906804473

I have no interested discussion. I'm sorry. I have to processing something. Thanks have good day. I don't feel comfortable with Katie she very unacceptable.



Goodnight

You're refusing an interpreter

?

chat135903742906804473



Did I said?

   

      


  
What time will you be in tomorrow I'll have an interperer

chat135903742906804473



I don't believe that. Interpreter required ahead of time to hire Certificate interpreter.

What time will you be there they need to know the time

chat135903742906804473

Last min only for hospitals police and court they come right away.



I know a lot interpeter I have experience most of whole lifetime.

What time will you be in tomorrow

  Message 

      

# Tuesday, January 24, 2017

Dan V: Already told bill he said ok 10:05 PM

Dan V: Thank you for understanding and I wish i could do that call. 10-4 9:24 PM

Dan V: Just be careful best bet send black driver do that call 9:23 PM

**Me:** Ok it's not a problem, just head back we will have someone else handle it 9:23 PM

**Me:** [...] ON [...] OTHER DRIVERS. PLEASE STOP ARGUING ABOUT IT. 10:57 PM

**Daniel Valensuela:** I'll check it later Thank u 10-4 10:56 PM

**Me:** NO OTHER DRIVER IS AVAILABLE. THANK YOU. 10:56 PM

**Daniel Valensuela:** if other driver available u can't pushing me to much taking lunch 30 minutes Roger out 10:55 PM

**Me:** OK DAN, THE CALL IS FOR YOU TO DO. PLEASE DONT ARGUE. TAKE YOUR LUNCH AND PROCEED ON THE CALL PLEASE. WE HAVE THE DISPATCHING HANDLED. via mysms.com/m 10:54 PM

**Daniel Valensuela:** Yes ohare truck flatbed just passed me I think 423 or 417 10:54 PM

**Me:** 10-4. 10:53 PM

**Wednesday, April 5, 2017**

**Me:** thank you 7:12 PM

**iel Valensuela:** Yes this is huge pain in butt. Not like my old smoothest out with my real own assigned flatbed for 2 1/2 rs with Jerr Dan rollback sigh. Now doing pretrip 7:12 PM

**Me:** we are not commanding you, we are giving you an assignment to handle. please get the truck checked out. i understand it is a pain in the butt to swap trucks, but you are the one telling us this call needs a flatbed. please get swapped over and head out as soon as possible. thanks 7:10 PM

**iel Valensuela:** You guys have not told me to use 437 while le ago to do pretrip. I have to pretrip all that and all ipment are in my suv and 204 7:09 PM

**Me:** dan, this is jane. we need you in 437 to handle this call. please get your gear in it and head out. customer is waiting. 7:08 PM

**iel Valensuela:** That it I'm done. Find someone else 7:08 PM

**iel Valensuela:** Are you commanding me 7:08 PM

**Me:** 10-4 THATS FINE 7:02 PM

**Me:** 10-4 THATS FINE 7:02 PM

iel Valensuela: Jeez 7:02 PM

iel Valensuela: I'm going locked up 204 leave my stuffs
e until I get back 7:01 PM

**Me:** Ok well you said you needed a flatbed so please take 43;
and head out 7:01 PM

iel Valensuela: I have to get all my stuffs out again and get
pment to load and pretrip etc wasted time!!! 7:01 PM

**Me:** Ok I will decide that when the time comes. 7:0(

iel Valensuela: Ok. After call switch back in 204 7:00 PM

**Me:** ok then get into 437 and go on the call 6:5!

iel Valensuela: Ok Infiniti m37 is luxury and not
mmend to use self loader customer wouldn't accept That.
PM

**Me:** I don't have a flatbed available. They did not request one
through AAA. You should be able to handle it. 6:58 PM

# Dan V

From: awesterfield@oharetowing.com
Sent: Tue, Aug 8, 2017 at 10:26 pm
To: Bill Gratzianna, Katherine Gratzianna, Marci Gratzianna, Patrick Derbak, Hope Risley

image02.jpg (47 KB)

We received a call today in Wilmington for AAA Basic, going to Chicago. It was a 55 mile transport. We gave AAA a 90 min ETA and had Dan V start heading that way. When he was in Naperville, he asked to call to customer to see if they were still there. We called the customer, spoke to them, and they needed service. Told him to head that way still. When he got on location, the customer was no longer there. We, along with AAA could not get a hold of them. Dan got extremely nasty with us, telling us this is why he told us to call them. I explained to him we did call them, we can only do so much, especially if they already receive help. He told me, as he always does, we need improvement of communication. I am growing more and more frustrated and aggravated by his lack of communication comments, because no matter how much I try to improve my communication with him, I still am lacking in his eyes and he has no problem telling me every, single, time.

*"You miss 100% of the shots you don't take." –Wayne Gretzky*

---

**Amanda Westerfield** | Dispatch - Sales - Events
O'Hare Towing Service | 2424 Wisconsin Ave Downers Grove IL 60515
awesterfield@oharetowing.com
www.oharetowing.com | www.oharewear.com
24/7 Phone Line: 800-227-6890 | Fax: 847-455-0412
**Follow us on Facebook! @OHareTowingService**
**Follow us on Twitter! @OHareTowingServ**
**Follow us on Instagram! oharetowingservice**

NOTICE: This confidential e-mail message is only for the intended recipients. If you are not the intended recipient, be advised that disclosing, copying, distributing, or any other use of this message, is strictly prohibited. In such case, please destroy this message and notify the sender.



**Dan V. Personal**
Well. First shift and third shift has no issues been communication very well. Second shift always lack of miscommunication. We have a lot issues with second shift lately. FYI. Thanks

10:47 PM MMS



No, the delay in text just started happening starting at 9:00. We even had issues with Mikey. You are making me feel very uncomfortable. I am ending this conversation. If you want to discuss this further, please talk to Katie, Bill, or Pat. Thank you.

MMS 10:49 PM

 Group conversation



**Dan V. Personal**

I understand dispatcher responsibility communication as dispatcher tower to all of us. To make sure accurate or agreed without mistaken even I asked for an Ok for owner's son to signature since owner isn't there at no response then no choice had son signed. So please aware of communication that dispatcher's job. Thanks please do not argue with driver. 10-4

10:43 PM MMS

Again, Dan, we did not receive all of your texts till 10:30. We are having delays with texting. I am not going to argue with you. I am sorry you feel there is communication issues, but there is nothing I can



 Group conversation

Dan we are having issues with texts being delayed/not going through tonight. You have been told before, you need to collect anything over 3 tolls, that includes enroute, transport, and enroute back. Just keep that in mind for next time.



MMS 10:35 PM



**Dan V. Personal**
No. There is not over 3 tolls. Please re-read as I stated there only 1 toll enroute so way back 1 toll so I put 3 tolls thanks. 10-4 out

10:37 PM MMS

That's fine, I am just making you aware so you do not have to deal with waiting for a response



 Group conversation

| | |
|---|---|
| **From:** | adavis@oharetowing.com |
| **Sent:** | Tuesday, January 24, 2017 10:46 PM |
| **To:** | Katie Gratzianna |
| **Cc:** | Bill Gratzianna; Marci Gratzianna; Doug Everett; Jane Gratzianna; Patrick Derbak |
| **Subject:** | Re: DAN V. |
| **Attachments:** | DANV.jpg |

Here it is.

Thank you.

*Spoke w/ F. (sign)*
*to Dan V. 2/8/17*
*Dan V.*

-----Original Message-----
From: "Katie Gratzianna" <kgratzianna@oharetowing.com>
Sent: Tuesday, January 24, 2017 10:30pm
To: adavis@oharetowing.com
Cc: "Bill Gratzianna" <bgratzianna@oharetowing.com>, "Marci Gratzianna"
<mgratzianna@oharetowing.com>, "Doug Everett" <doug@oharetowing.com>, "Jane Gratzianna"
<jgratzianna@oharetowing.com>, "Patrick Derbak" <pderbak@oharetowing.com>
Subject: Re: DAN V.

Amanda,
Thanks for letting us know.
Did he send this statement in a text message? If so can you attach it in an email

Thank you

> Katherine G. Gratzianna
> O'Hare Towing Service
> 24/7 Dispatch: 1-800-227-6890
> Office: 630-824-4707
> Kgratzianna@oharetowing.com


> On Jan 24, 2017, at 21:50, adavis@oharetowing.com wrote:
>
>
> Tonight we sent Dan V a call in Maywood and he refused saying that it was in a bad
neighborhood and then followed it up with that we better send a black driver to do it. I find
that really inappropriate and that made me really uncomfortable.
>
> Thank you,
> Davis
>

1

| | |
|---|---|
| From: | awesterfield@oharetowing.com |
| Sent: | Tuesday, January 24, 2017 9:23 PM |
| To: | Bill Gratzianna; Katherine Gratzianna; Marci Gratzianna; Doug Everett; Jane Gratzianna; Patrick Derbak |
| Subject: | Dan V - Refusing Calls |

Dan V refused to do a call today in Maywood going to Bedford Park today. He advised me he could not go to that area because it is a bad area. He has been in this area before without issue. He said something about a court order? After I went through texts with him, he asked if we wanted him to go through there quickly and pick up car. I told him no, come back to the shop.

ⓞ (1)

**Tuesday, January 24, 2017**

**Me:** ALRIGHT HEAD BACK TO DOWNERS GROVE THEN. 9:17 PM

**Dan V:** I can informed them as I told you I can not take this call in bad area. Get it 9:17 PM

**Me:** HAVE YOU TOLD BILL AND PAT ABOUT THIS? 9:16 PM

**Dan V:** Court ordered for me not to be in maywood area. U have to send to melrose park driver 9:15 PM

**Dan V:** I can't go there it's bad area. On 9th in maywood sorry 9:13 PM

| From: | awesterfield@oharetowing.com |
|---|---|
| Sent: | Thursday, January 05, 2017 10:20 PM |
| To: | Bill Gratzianna; Katherine Gratzianna; Marci Gratzianna; Doug Everett; Patrick Derbak; Jane Gratzianna |
| Subject: | Dan V - Lunches |

Running into a issue where I tell Dan V to take lunch during his shift, and he won't, or refuses to and takes it whenever he wants to because he needs to come back to the shop to warm up his food. Had an example of this tonight, attached is a copy of the text. Sent him a text at 2043 to take lunch en-route to a call. He acknowledged this. After he cleared this call in the Lisle area, I sent him a Lisle to Downers call. He told me he is going to take lunch and needs to come back to the shop to do so.





Schedule

Send SMS

**Thursday, January 5, 2017**

Dan V: Lunch n break time 10:12 PM

Dan V: Done refuel going back ots warm my foods to eat 10:11 PM

Dan V: Clear 9:55 PM

Dan V: Ok 8:47 PM

> Me: 10-4 GOT ANOTHER ONE AT THE AIRPORT BUT NOT AS COMPLICATED - IT'S GOING TO BE HEADING BACK THIS WAY, CLEAR TO TAKE LUNCH ENROUTE. 8:43 PM

Dan V: Cleared 8:31 PM

---

**Amanda Westerfield** | Dispatch
O'Hare Towing Service | 2424 Wisconsin Ave Downers Grove IL 60515
awesterfield@oharetowing.com | www.oharetowing.com
24/7 Phone Line: 800-227-6890 | Fax: 847-455-0412
Follow us on Twitter! @OHareTowingServ
Follow us on Instagram! oharetowingservice

## Katie Gratzianna

| | |
|---|---|
| **From:** | awesterfield@oharetowing.com |
| **Sent:** | Tuesday, January 10, 2017 10:47 PM |
| **To:** | Bill Gratzianna; Katherine Gratzianna; Marci Gratzianna; Doug Everett; Patrick Derbak; Jane Gratzianna |
| **Subject:** | Dan V - 433 |

Just wanted to make you aware of an issue with Dan tonight that went on after he had got back to the shop from a call. This is the text he sent us. 433 is operational, per Ryan. No mechanical issues.

0 (1)

### Tuesday, January 10, 2017

> **Me:** ok via mysms.com/m 10:39 PM

**Dan V:** I don't trust Ryan. Period that's on him not my problem if break down not my problem. 10:39 PM

> **Me:** Ryan was here and said that it is up and operational so Thullen is in it. 10:38 PM

**Dan V:** Suppose stay in shop for mechanic fixing. 10:37 PM

**Dan V:** Where is 433 10:37 PM

1

| | |
|---|---|
| **From:** | Jane Gratzianna [jgratzianna@oharetowing.com] |
| **Sent:** | Thursday, December 22, 2016 11:27 PM |
| **To:** | Katie Gratzianna; 'Doug Everett'; Bill Gratzianna; Pat Derbak |
| **Subject:** | dan v |

I feel he thinks I might have been trying to insult him? Not sure, very hard to gauge nuance via text.

Med ex called in a tire change poss tow for a chevy box unit, this was the convo regarding it: read from bottom to top.

9 (1)

> Me: 10-4 then it will be a tow, just need to head out there to find
> out 7:52 PM

Dan V: Ambulance change tires? Silly I don't have that big
sockets on nuts and their spare might not with.

Tow as well. 7:52 PM

Dan V: Okay 7:50 PM

> Me: 10 - no problem . this is for AFTER lunch 7:50 PM

> Me: 10 - no problem . this is for AFTER lunch 7:50 PM

Dan V: Just got my food arrived from ordering 7:50 PM

Dan V: Just got my food arrived from ordering 7:50 PM

Dan V: I'm start to eat! 7:49 PM

> Me: rolling. thanks! 7:48 PM

> Me: no clue. going to be sending you your next call for after
> lunch, tire change possible tow for med ex ambulance in oak
> lawn. please advise when you are 7:48 PM

Did not receive communication from him regarding the tow being needed, just saw him rolling.
When he got to the drop, the following conversation occurred.

1



> Me: ok, 10-4 dan, i understand you have a lot of experience, but i also have a lot of experience too.
> i am trying to make sure you are aware of the limitations of the truck to make sure we dont damage it. these are guidelines that bg has all dispatchers be aware of to make sure a driver doesnt get into a bad situation when they are not familiar with what they are doing. thanks - jane 10:38 PM

Dan V: i've towed Limo with 24 to 26 feet of flatbed, i've tow many Skidsteers, box truck. buses, etc for over 2 1/2 years so total of my experience 6 1/2 years 10:37 PM

Dan V: Truck is 12k flatbed i know of. i've been tow those MedEx company many times at my old job i've tow many many different kinds. I know what I'm doing. Your just dispatcher 10:36 PM

> Me: 10-4 didnt realize it was that big, next time just let me know when you get on site if it is over 10k, more than that puts strain on the bed and winch. 10:30 PM

Dan V: it's near 13'2" heights with flatbed Gross weight 12,300 dually. 10:28 PM

**Jane Gratzianna**
Sales / Dispatch Operations
O'Hare Towing Service
1.800.227.6890

 **Doesn't matter**

I don't know why you think this is appropriate to text your supervisor but this will not be tolerated.

Dan Valenzuela

You n management did wrongful and broke federal laws and refused follow disability rights for interpreter

 Your not my supervisor I'm very tough and deal with it

Pat Derbak

You never responded to the email regarding the reasoning



I'm very mad at you guys for refused provide interpreter that mean anytime I asked never say No!

Never say no. You knew never never say No

 Pat back off!

Pat Derbak

 Dan come in <u>at 3pm tomorrow</u> stop texting immediately

Dan Valenzuela

I'm fed up with you guys. Disrespect and cause problem with my assigned and cause problem with key and refused solved. Cause

Dan Valenzuela

Yes you refused provide interpreter

I'm not contact your boyfriend pat

Pat being whipped by you. Because you controlled pat we all can see that and Pat can't do anything much because you were control him



Pat is O'Hare towing's HR manager, my personal relationship has nothing to do with this.

Dan Valenzuela

Everyone never likes you



**Dan V. Personal**

Well. First shift and third shift has no issues been communication very well. Second shift always lack of miscommunication. We have a lot issues with second shift lately. FYI. Thanks

10:47 PM MMS

No, the delay in text just started happening starting at 9:00. We even had issues with Mikey. You are making me feel very uncomfortable. I am ending this conversation. If you want to discuss this further, please talk to Katie, Bill, or Pat. Thank you.

MMS 10:49 PM



 Group conversation



**Dan V. Personal**

I understand dispatcher responsibility communication as dispatcher tower to all of us. To make sure accurate or agreed without mistaken even I asked for an Ok for owner's son to signature since owner isn't there at no response then no choice had son signed. So please aware of communication that dispatcher's job. Thanks please do not argue with driver. 10-4

10:43 PM MMS

Again, Dan, we did not receive all of your texts till 10:30. We are having delays with texting. I am not going to argue with you. I am sorry you feel there is communication issues, but there is nothing I can



 Group conversation

Dan we are having issues with texts being delayed/not going through tonight. You have been told before, you need to collect anything over 3 tolls, that includes enroute, transport, and enroute back. Just keep that in mind for next time.



MMS 10:35 PM



**Dan V. Personal**
No. There is not over 3 tolls. Please re-read as I stated there only 1 toll enroute so way back 1 toll so I put 3 tolls thanks. 10-4 out

10:37 PM MMS

That's fine, I am just making you aware so you do not have to deal with waiting for a response



 Group conversation

# Dan V

From: awesterfield@oharetowing.com
Sent: Tue, Aug 8, 2017 at 10:26 pm
To: Bill Gratzianna, Katherine Gratzianna, Marci Gratzianna, Patrick Derbak, Hope Risley

image002.jpg (47 KB)

We received a call today in Wilmington for AAA Basic, going to Chicago. It was a 55 mile transport. We gave
AAA a 90 min ETA and had Dan V start heading that way. When he was in Naperville, he asked to call to
customer to see if they were still there. We called the customer, spoke to them, and they needed service.
Told him to head that way still. When he got on location, the customer was no longer there. We, along with
AAA could not get a hold of them. Dan got extremely nasty with us, telling us this is why he told us to call
them. I explained to him we did call them, we can only do so much, especially if they already receive help.
He told me, as he always does, we need improvement of communication.
I am growing more and more frustrated and aggravated by his lack of communication comments, because
no matter how much I try to improve my communication with him, I still am lacking in his eyes and he has no
problem telling me every, single, time.

*"You miss 100% of the shots you don't take." – Wayne Gretzky*

---

**Amanda Westerfield** | Dispatch - Sales - Events
O'Hare Towing Service | 2424 Wisconsin Ave Downers Grove IL 60515
awesterfield@oharetowing.com
www.oharetowing.com | www.oharewear.com
24/7 Phone Line: 800-227-6890 | Fax: 847-455-0412
**Follow us on Facebook! @OHareTowingService**
**Follow us on Twitter! @OHareTowingServ**
**Follow us on Instagram! oharetowingservice**
NOTICE: This confidential e-mail message is only for the intended recipients. If you are not the intended recipient, be advised that
disclosing, copying, distributing, or any other use of this message, is strictly prohibited. In such case, please destroy this message and
notify the sender.

... ON ... OTHER DRIVERS. PLEASE STOP ARGUING ABOUT IT. 10:57 PM

**Daniel Valensuela:** I'll check it later Thank u 10-4 10:56 PM

**Me:** NO OTHER DRIVER IS AVAILABLE. THANK YOU. 10:56 PM

**Daniel Valensuela:** If other driver available u can't pushing me to much taking lunch 30 minutes Roger out 10:55 PM

**Me:** OK DAN. THE CALL IS FOR YOU TO DO. PLEASE DON'T ARGUE. TAKE YOUR LUNCH AND PROCEED ON THE CALL PLEASE. WE HAVE THE DISPATCHING HANDLED. via mysms.com/m 10:54 PM

**Daniel Valensuela:** Yes ohare truck flatbed just passed me I think 423 or 417 10:54 PM

**Me:** 10-4. 10:53 PM

**Wednesday, April 5, 2017**

**Me:** thank you 7:12 PM

ıel Valensuela: Yes this is huge pain in butt. Not like my old
smoothest out with my real own assigned flatbed for 2 1/2
rs with Jerr Dan rollback sigh. Now doing pretrip 7:12 PM

**Me:** we are not commanding you, we are giving you an
assignment to handle. please get the truck checked out. i
understand it is a pain in the butt to swap trucks, but you are the
one telling us this call needs a flatbed. please get swapped over
and head out as soon as possible. thanks 7:10 PM

ıel Valensuela: You guys have not told me to use 437 while
le ago to do pretrip. I have to pretrip all that and all
ipment are in my suv and 204 7:09 PM

**Me:** dan, this is jane. we need you in 437 to handle this call.
please get your gear in it and head out. customer is waiting. 7:08
PM

ıel Valensuela: That it I'm done. Find someone else 7:08 PM

ıel Valensuela: Are you commanding me 7:08 PM

**Me:** 10-4 THATS FINE 7:02 PM

**Me:** 10-4 THATS FINE 7:02 PM

iel Valensuela: jeez 7:02 PM

iel Valensuela: I'm going locked up 204 leave my stuffs
e until I get back 7:01 PM

**Me:** Ok well you said you needed a flatbed so please take 43?
and head out 7:01 PM

iel Valensuela: I have to get all my stuffs out again and get
pment to load and pretrip etc wasted time!!! 7:01 PM

**Me:** Ok I will decide that when the time comes. 7:0(

iel Valensuela: Ok. After call switch back in 204 7:00 PM

**Me:** ok then get into 437 and go on the call 6:5!

iel Valensuela: Ok Infiniti m37 is luxury and not
mmend to use self loader customer wouldn't accept That.
PM

**Me:** I don't have a flatbed available. They did not request one
through AAA. You should be able to handle it. 6:58 PM

| | |
|---|---|
| From: | adavis@oharetowing.com |
| Sent: | Tuesday, January 24, 2017 10:46 PM |
| To: | Katie Gratzianna |
| Cc: | Bill Gratzianna; Marci Gratzianna; Doug Everett; Jane Gratzianna; Patrick Derbak |
| Subject: | Re: DAN V. |
| Attachments: | DANV.jpg |

Here it is.

Thank you.

*Spoke F. (sign)*
*to Dan F.*
*Dan V. 2/8/17*

-----Original Message-----
From: "Katie Gratzianna" <kgratzianna@oharetowing.com>
Sent: Tuesday, January 24, 2017 10:30pm
To: adavis@oharetowing.com
Cc: "Bill Gratzianna" <bgratzianna@oharetowing.com>, "Marci Gratzianna"
<mgratzianna@oharetowing.com>, "Doug Everett" <doug@oharetowing.com>, "Jane Gratzianna"
<jgratzianna@oharetowing.com>, "Patrick Derbak" <pderbak@oharetowing.com>
Subject: Re: DAN V.

Amanda,
Thanks for letting us know.
Did he send this statement in a text message? If so can you attach it in an email

Thank you


> Katherine G. Gratzianna
> O'Hare Towing Service
> 24/7 Dispatch: 1-800-227-6890
> Office: 630-824-4707
> Kgratzianna@oharetowing.com


> On Jan 24, 2017, at 21:50, adavis@oharetowing.com wrote:
>
>
> Tonight we sent Dan V a call in Maywood and he refused saying that it was in a bad
neighborhood and then followed it up with that we better send a black driver to do it. I find
that really inappropriate and that made me really uncomfortable.
>
> Thank you,
> Davis
>

1

**Katie Gratzianna**

| From: | awesterfield@oharetowing.com |
| Sent: | Tuesday, January 24, 2017 9:23 PM |
| To: | Bill Gratzianna; Katherine Gratzianna; Marci Gratzianna; Doug Everett; Jane Gratzianna; Patrick Derbak |
| Subject: | Dan V - Refusing Calls |

Dan V refused to do a call today in Maywood going to Bedford Park today. He advised me he could not go to that area because it is a bad area. He has been in this area before without issue. He said something about a court order? After I went through texts with him, he asked if we wanted him to go through there quickly and pick up car. I told him no, come back to the shop.

(1)

### Tuesday, January 24, 2017

**Me:** ALRIGHT HEAD BACK TO DOWNERS GROVE THEN. 9:17 PM

**Dan V:** I can informed them as I told you I can not take this call in bad area. Get it 9:17 PM

**Me:** HAVE YOU TOLD BILL AND PAT ABOUT THIS? 9:16 PM

**Dan V:** Court ordered for me not to be in maywood area. U have to send to melrose park driver 9:15 PM

**Dan V:** I can't go there it's bad area. On 9th in maywood sorry 9:13 PM

## Katie Gratzianna

| | |
|---|---|
| **From:** | awesterfield@oharetowing.com |
| **Sent:** | Thursday, January 05, 2017 10:20 PM |
| **To:** | Bill Gratzianna; Katherine Gratzianna; Marci Gratzianna; Doug Everett; Patrick Derbak; Jane Gratzianna |
| **Subject:** | Dan V - Lunches |

Running into a issue where I tell Dan V to take lunch during his shift, and he won't, or refuses to and takes it whenever he wants to because he needs to come back to the shop to warm up his food. Had an example of this tonight, attached is a copy of the text. Sent him a text at 2043 to take lunch en-route to a call. He acknowledged this. After he cleared this call in the Lisle area, I sent him a Lisle to Downers call. He told me he is going to take lunch and needs to come back to the shop to do so.





0411                                        **Thursday, January 5, 2017**

Dan V: Lunch n break time 10:12 PM

Dan V: Done refuel going back ots warm my foods to eat 10:11 PM

Dan V: Clear 9:55 PM

Dan V: Ok 8:47 PM

> Me: 10-4 GOT ANOTHER ONE AT THE AIRPORT BUT NOT AS COMPLICATED - IT'S GOING TO BE HEADING BACK THIS WAY. CLEAR TO TAKE LUNCH ENROUTE. 8:43 PM

Dan V: Cleared 8:31 PM

---

**Amanda Westerfield** | Dispatch
O'Hare Towing Service | 2424 Wisconsin Ave Downers Grove IL 60515
awesterfield@oharetowing.com | www.oharetowing.com
24/7 Phone Line: 800-227-6890 | Fax: 847-455-0412
Follow us on Twitter! @OHareTowingServ
Follow us on Instagram! oharetowingservice

1

**Katie Gratzianna**

| From: | awesterfield@oharetowing.com |
| Sent: | Tuesday, January 10, 2017 10:47 PM |
| To: | Bill Gratzianna; Katherine Gratzianna; Marci Gratzianna; Doug Everett; Patrick Derbak; Jane Gratzianna |
| Subject: | Dan V - 433 |

Just wanted to make you aware of an issue with Dan tonight that went on after he had got back to the shop from a call. This is the text he sent us. 433 is operational, per Ryan. No mechanical issues.

0 (1)

### Tuesday, January 10, 2017

Me: ok via mysms.com/m 10:39 PM

Dan V: I don't trust Ryan. Period that's on him not my problem if break down not my problem. 10:39 PM

Me: Ryan was here and said that it is up and operational so Thullen is in it. 10:38 PM

Dan V: Suppose stay in shop for mechanic fixing. 10:37 PM

Dan V: Where is 433 10:37 PM

1

| From: | Jane Gratzianna [jgratzianna@oharetowing.com] |
|---|---|
| Sent: | Thursday, December 22, 2016 11:27 PM |
| To: | Katie Gratzianna; 'Doug Everett'; Bill Gratzianna; Pat Derbak |
| Subject: | dan v |

I feel he thinks I might have been trying to insult him? Not sure, very hard to gauge nuance via text.

Med ex called in a tire change poss tow for a chevy box unit, this was the convo regarding it: read from bottom to top.

0 ( I )

**Me:** 10-4 then it will be a tow, just need to head out there to find out 7:52 PM

**Dan V:** Ambulance change tires? Silly I don't have that big sockets on nuts and their spare might not with.

Tow as well. 7:52 PM

**Dan V:** Okay 7:50 PM

**Me:** 10 - no problem , this is for AFTER lunch 7:50 PM

**Me:** 10 - no problem , this is for AFTER lunch 7:50 PM

**Dan V:** Just got my food arrived from ordering 7:50 PM

**Dan V:** Just got my food arrived from ordering 7:50 PM

**Dan V:** I'm start to eat! 7:49 PM

**Me:** rolling. thanks! 7:48 PM

**Me:** no clue. going to be sending you your next call for after lunch, tire change possible tow for med ex ambulance in oak lawn. please advise when you are 7:48 PM

Did not receive communication from him regarding the tow being needed, just saw him rolling. When he got to the drop, the following conversation occurred.



o(1)  J V: 10:39 PM

Me: ok, 10-4 dan, I understand you have a lot of experience, but I also have a lot of experience too.
i am trying to make sure you are aware of the limitations of the truck to make sure we dont damage it. these are guidelines that bg has all dispatchers be aware of to make sure a driver doesnt get into a bad situation when they are not familiar with what they are doing. thanks - jane 10:38 PM

Dan V: I've towed Limo with 24 to 26 feet of flatbed, I've tow many Skidsteers, box truck, buses, etc for over 2 1/2 years so total of my experience 6 1/2 years 10:37 PM

Dan V: Truck is 12k flatbed I know of. I've been tow those MedEx company many times at my old job I've tow many many different kinds. I know what I'm doing. Your just dispatcher 10:36 PM

Me: 10-4 didnt realize it was that big, next time just let me know when you get on site if it is over 10k, more than that puts strain on the bed and winch. 10:30 PM

Dan V: It's near 13'2" heights with flatbed Gross weight 12,300 dually. 10:28 PM

**Jane Gratzianna**
Sales / Dispatch Operations
O'Hare Towing Service
1.800.227.6890

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Daniel Valenzuela

|  |  |
|---|---|
| CASE NUMBER: | 19-cv-06230 |

V.

ASSIGNED JUDGE: Coleman

O'Hare Towing Service

DESIGNATED
MAGISTRATE JUDGE: HARJANI

2019 DEC 16 AM 10:36

TO: (Name and address of Defendant)

O'Hare Towing Service

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Valenzuela
2414 Randall Lane
#3E
Arlington Heights, IL 60004

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Anya Ellis*

(By) DEPUTY CLERK



October 22, 2019

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                         Date                               *Signature of Server*


                                          _____
                                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.