SH

**FILED**

FEB 25 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Daniel Valenzuela )
　　　　Plaintiff )
　　　　　　　　　　 )　　　Case No.: 19-6320
　　　v. )
　　　　　　　　　　 )　　　Judge: Coleman
O'Hare Towing Service )
　　　　Defendant )　　　Magistrate Judge:

**Plaintiff's Motion**

For Judgment By Default

Plaintiff, Daniel Valenzuela , *pro se*, respectfully requests that this Court

enter Judgment by Default

and in support thereof, states as follows:

1. My complaint was filed on September 18, 2019

2. The Defendant was served by the U.S. Marshal on November 27, 2019

3. The Defendant has not responded to the Complaint and is in default.

4. I request that Judgment be entered in my favor in the amount of $452,363.87 as detailed in the attached Declaration.

5.

6.

7.

WHEREFORE, Plaintiff respectfully asks that this Honorable Court GRANT

his/her Motion _for Judgment by Default and_ ,
_enter Judgment in the amount of $452 363.87,_

and any and all other relief it deems just and equitable.

Respectfully submitted,

_9/25/2020_

Daniel Valenzuela
Print name:

Address: _9414 Randall Ln #3E_
_Arlington Heights, IL 60004_

Phone: _630-489-6767_

# Motion For Default

# Wage Loss Verification Form

*This form is to be filled out by your employer.*

## TO THE EMPLOYER:

This statement is for the benefit of your employee in connection with the claim for damages resulting from time off, which was in **no way** connected with our client's employment at your company. It would be beneficial to our client if this form is filled out completely.

Name of Employer: A-Express Towing & Recovery

Your Name: Robert Habel

Your Position/Title: President

Address: 20378 N Rand Rd Palatine IL 60074

Telephone #: 847-991-0460

### Employee Information

Name of Employee: Daniel Valenzuela

Address:

Employee's Position: Tow Truck driver — Flatbed

Employee's Duties: Driver

Salary of Employee    Per Hour: $ 17.50    Hours Per week: 40

Did Employee lose any earnings due to this time off? **Yes or No** *Hours lost multiplied by the wage of employee

Total Hours Lost From Work: ~~50.00~~ ~~44~~ 50 hrs = 5 days

Total amount lost from work: $875.00

Comments? this was unpaid time off

Signed by: _____    Today's Date: 2-24-20

Print Your name: Robert Habel    Your Contact Telephone #: 847-991-0460

## A-Express Towing & Recovery
20378 Rand Rd, Palatine, IL 60074

# SPOT HERO

*Parking Fee Reservations*

Please find attached of Parking fees attended to Federal Court.

Parking cost total       $ 86.75

- October 18, 2019
- October 21, 2019
- January 22, 2020
- February 12, 2020
- February 25, 2020

2/14/2020

SpotHero | My Account

Home   My Account

# MY ACCOUNT

## CURRENT RESERVATIONS

Download as a spreadsheet

| Type | Starts | Ends | Location | Vehicle Details | Rental ID | Price |
|------|--------|------|----------|-----------------|-----------|-------|
| Daily | Tue, Feb 25, 2020 8:00am | Tue, Feb 25, 2020 6:00pm | 17-21 E Adams St. - Adams & Wabash Garage | License Plate AM23600 Change Vehicle N/A | 30648190 Parking Pass Receipt | $17.50 USD CHANGE Cancel |

## PREVIOUS RESERVATIONS

| Type | Starts | Ends | Location | Vehicle Details | Rental ID | Price |
|------|--------|------|----------|-----------------|-----------|-------|

2/14/2020

SpotHero | My Account

| Type | Starts | Ends | Location | Vehicle Details | Rental ID | Price |
|------|--------|------|----------|-----------------|-----------|-------|
| Daily | Wed, Feb 12, 2020 7:30am | Wed, Feb 12, 2020 6:30pm | 17-21 E Adams St. - Adams & Wabash Garage | License Plate AM23600 Vehicle N/A | 30579144 Parking Pass Receipt | $20.50 USD |
| Daily | Wed, Jan 22, 2020 7:30am | Wed, Jan 22, 2020 7:30pm | 17-21 E Adams St. - Adams & Wabash Garage | License Plate AM23600 Vehicle N/A | 29948179 Parking Pass Receipt | $20.50 USD |
| Daily | Mon, Oct 21, 2019 7:00am | Mon, Oct 21, 2019 7:00pm | Grant Park South Garage | License Plate N/A Vehicle N/A | 14375583 Parking Pass Receipt | $15.00 USD |

SpotHero | My Account

| Type | Starts | Ends | Location | Vehicle Details | | Rental ID | Price |
|---|---|---|---|---|---|---|---|
| Daily | Fri, Oct 18, 2019 1:00pm | Fri, Oct 18, 2019 6:00pm | Grant Park South Garage | License Plate N/A | Vehicle N/A | 14326793 Parking Pass Receipt | $13.25 USD |

# Condominium Association

Rent Payment Agreement

Please see attached Condominium Rent Payment Agreement by Landlord behind payment due.

- November 1st, 2017          **Balance owed:** $ 1,000.00
- December 1st, 2017          **Balance owed:** $ 1,000.00
- January 1st, 2018          **Balance owed:** $ 1,000.00

## Rent Payment Agreement

Date 1-15-2018

Tenant name(s) Daniel & Margarita Valenzuela

Address of unit 2414 Randall Ln #3E Arlington Heights, IL 60004

_____ (tenants)
and Pranav Patel (landlord) do hereby agree to enter into a rent payment schedule for the tenant to pay in full a delinquent rent balance. The landlord agrees not to take any eviction action, including the serving of termination notice or filing of eviction action in court, as long as the tenant complies with this payment plan. Failure to make any payment by any amount is considered a material violation of the rental agreement and failure to remedy any notice already received, and is grounds for further action as permitted by law. Both parties have a copy of this agreement.

Total amount to be paid: $ 3,000.00

This amount includes rent as follows:  November 1st, 2017
December 1st, 2017
January 1st, 2018

Other charges as follows: _____
_____
_____

| Date Due | New Amount Due | To be Applied to | Balance Owed |
|---|---|---|---|
| 1. 11/1/17 | 950.00 | 50.00 | 1,000.00 |
| 2. 12/1/17 | 950.00 | 50.00 | 1,000.00 |
| 3. 1/1/18 | 950.00 | 50.00 | 1,000.00 |
| 4. _/_/_ | | | |
| 5. _/_/_ | | | |
| 6. _/_/_ | | | |
| 7. _/_/_ | | | |

Tenant Signature(s) _____  Date 1-15-2018

_____  Date _____

_____  Date _____

Landlord Signature Pranav Patel  Date 1/15/2018

# TELENAV GPS NAVIGATOR™
### GOOGLE MAPS

Please find attached of Google Maps distance round trip per date      **Drive 79 miles**

**IRS Tax Rate: 57.5 cents per mile**      **$ 227.12**

- **October 18, 2019**      **79 miles**
- **October 21, 2019**      **79 miles**
- **January 22, 2020**      **79 miles**
- **February 12, 2020**      **79 miles**
- **February 25, 2020**      **79 miles**

**Total**      **395 miles**      **Amount Total**   **$ 227.12**



Go  gle Maps    **2414 Randall Ln to 2414 Randall Ln**    Drive 78.6 miles, 1 h 39 min

6:45 am driving to Federal court, after federal court driving back home total 78.6 round up 79 miles

Map data ©2020 Google    2 mi

## 2414 Randall Ln

Arlington Heights, IL 60004

### Get on IL-53 S from W Nichols Rd, N Wilke Rd and IL-68 W/W Dundee Rd

6 min (2.0 mi)

↑  1.  Head northeast on Randall Ln toward Bonhill Dr

230 ft

↱  2.  Turn right onto Bonhill Dr

0.1 mi

↰  3.  Bonhill Dr turns left and becomes W Nichols Rd

0.1 mi

4. Turn right to stay on W Nichols Rd

0.4 mi

5. Turn right onto N Wilke Rd

0.8 mi

6. Turn right onto IL-68 W/W Dundee Rd

0.3 mi

7. Use the right lane to take the Illinois 53 S S ramp to W Suburbs

0.2 mi

### Take I-290 E to W Congress Pkwy/W Ida B. Wells Dr in Chicago

43 min (36.7 mi)

8. Continue onto IL-53 S

6.4 mi

9. Continue onto I-290 E

6.0 mi

10. Keep right at the fork to stay on I-290 E, follow signs for Chicago

24.3 mi

### Continue on W Congress Pkwy/W Ida B. Wells Dr. Drive to S Dearborn St

3 min (0.5 mi)

11. Keep left to continue on W Congress Pkwy/W Ida B. Wells Dr

0.3 mi

12. Use the left 2 lanes to turn left onto S Dearborn St

ⓘ Destination will be on the right

0.2 mi

52 min (39.2 mi)

## Dirksen Federal Bldg

219 S Dearborn St, Chicago, IL 60604

### Take S Clark St and W Congress Pkwy/W Ida B. Wells Dr to I-290 W

4 min (0.6 mi)

13. Head north on S Dearborn St toward W Adams St

341 ft

14. Turn left at the 1st cross street onto W Adams St

397 ft

15. Turn left before Club Quarters hotel

0.3 mi

16. Use the right 2 lanes to turn right onto W Congress Pkwy/W Ida B. Wells Dr

0.2 mi

**Follow I-290 W and IL-53 N to Lake Cook Rd in Palatine Township. Take the Lake Cook Rd E exit from IL-53 Spur**

40 min (37.9 mi)

17. Continue onto I-290 W/W Congress Pkwy (signs for I-90)

0.4 mi

18. Use the left 2 lanes to turn slightly left to stay on I-290 W

13.6 mi

19. Keep right at the fork to stay on I-290 W, follow signs for I-294 Tollway N/Milwaukee/Rockford

9.0 mi

20. Continue straight to stay on I-290 W

6.4 mi

21. Keep left to stay on I-290 W

0.8 mi

22. Continue onto IL-53 N

6.1 mi

23. Continue onto IL-53 Spur (signs for Lake Cook Rd)

1.2 mi

24. Take the Lake Cook Rd E exit

0.3 mi

**Continue on Lake Cook Rd. Take N Bloomington Ave to Randall Ln**

3 min (0.9 mi)

25. Merge onto Lake Cook Rd

0.3 mi

26. Turn right onto N Bloomington Ave

0.3 mi

27. Turn right onto W Nichols Rd

69 ft

28. Continue straight to stay on W Nichols Rd

0.1 mi

29. W Nichols Rd turns right and becomes Bonhill Dr

0.1 mi

30. Turn left onto Randall Ln
   ⓘ Destination will be on the right

230 ft

Case: 1:19-cv-06230 Document #: 18 Filed: 02/25/20 Page 15 of 21 PageID #:130

47 min (39.4 mi)

# 2414 Randall Ln

Arlington Heights, IL 60004

These directions are for planning purposes only.
You may find that construction projects, traffic,
weather, or other events may cause conditions to
differ from the map results, and you should plan
your route accordingly. You must obey all signs or
notices regarding your route.

## <u>Illinois Overtime Law FLSA (Fair Labor Standards Act of 1938)</u>

Case 1:19-cv-06230

February 20, 2020

**Your Honor,**

I (Daniel Valenzuela) found several off Earnings Statement (ADP) showing that O'Hare Towing has been forcing me (Employee Daniel Valenzuela) worked over more than **<u>100 hours</u>** on most of almost whole a year **"time** and a **half pay".** I would like you to review and make the best decision for back pay overtime wages.

Please review **2017 W-2 Wage and Tax Statement** stated January 1,2017 to October 27, 2017

My Hourly Rate **<u>$16.00</u>** per hour, normally 80 hours Bi-weekly, around **$25,600.00**.

I (Daniel Valenzuela) making too much over **$36,000.00+.**

O'hare stated that they are not required to pay any overtime after 80 hours per by FMCSA (Federal Motor Carrier Safety Regulation?).

For your Honorable wish to review and determinate to be necessary additional of back pay for all unpaid overtime, this can be called liquidated damages, and is essentially in lieu of interest on the unpaid wages. I (Daniel) unable to make whole year copy of ADP Earning Statement, due that **O'hare Towing** has or been blocked me (Daniel) out of ADP Earning Statement to be printing whole of total which is unavailable, only that I could print few of proof ADP before signed me out of Login of ADP online.

Thank you for your patience and review.

Yours sincerely

2-20-2020

Daniel Valenzuela



**2017 W-2 and EARNINGS SUMMARY**

Employee Reference Copy

# N-2
### Wage and Tax Statement
### 2017

OMB No. 1545-0008

w C for employee's records.

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 9257 CHIC/F3T | 110004 | | T      109 |

Employer's name, address, and ZIP code

**O'HARE TRUCK SERVICE**
**2424 WISCONSIN AVE**
**DOWNERS GROVE IL 60515**

**Batch #01557**

Employee's name, address, and ZIP code

ANIEL VALENZUELA
15 N COLUMBINE AVE
LOMBARD IL 60148

| Employer's FED ID number | a Employee's SSA number |
|---|---|
| Wages, tips, other comp. 36465.50 | 2 Federal income tax withheld 5057.29 |
| Social security wages 36465.50 | 4 Social security tax withheld 2260.86 |
| Medicare wages and tips 36465.50 | 6 Medicare tax withheld 528.75 |
| Social security tips | 8 Allocated tips |
| Verification Code f449-c343-4768-e3e4 | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 5 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| IL            1 | 36465.50 |
| 7 State income tax 1546.13 | 18 Local wages, tips, etc. |
| 9 Local income tax | 20 Locality name |

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2017 pay stub plus any adjustments submitted by your employer.**

| | | | |
|---|---|---|---|
| Gross Pay | 36465.50 | Social Security Tax Withheld Box 4 of W-2 | 2260.86 | IL State Income Tax Box 17 of W-2 | 1546.13 |
| | | | SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | 5057.29 | Medicare Tax Withheld Box 6 of W-2 | 528.75 |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 36,465.50 | 36,465.50 | 36,465.50 | 36,465.50 |
| Reported W-2 Wages | 36,465.50 | 36,465.50 | 36,465.50 | 36,465.50 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

DANIEL VALENZUELA
545 N COLUMBINE AVE
LOMBARD IL 60148

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE:   0

© 2017 ADP, LLC

← Fold and Detach Here →

| Wages, tips, other comp. 36465.50 | 2 Federal income tax withheld 5057.29 |
|---|---|
| 3 Social security wages 36465.50 | 4 Social security tax withheld 2260.86 |
| 5 Medicare wages and tips 36465.50 | 6 Medicare tax withheld 528.75 |
| Control number 009257 CHIC/F3T Dept. 110004 | Corp. Employer use only T   109 |
| Employer's name, address, and ZIP code **O'HARE TRUCK SERVICE** **2424 WISCONSIN AVE** **DOWNERS GROVE IL 60515** | |

| Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code 1449-c343-4768-e3e4 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

DANIEL VALENZUELA
545 N COLUMBINE AVE
LOMBARD IL 60148

| 15 State Employer's state ID no. IL      1 | 16 State wages, tips, etc. |
|---|---|
| 17 State income tax 1546.13 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## W-2
### Federal Filing Copy
### Wage and Tax Statement
### 2017

| 1 Wages, tips, other comp. 36465.50 | 2 Federal income tax withheld 5057.29 |
|---|---|
| 3 Social security wages 36465.50 | 4 Social security tax withheld 2260.86 |
| 5 Medicare wages and tips 36465.50 | 6 Medicare tax withheld 528.75 |
| d Control number 009257 CHIC/F3T Dept. 110004 | Corp. Employer use only T   109 |
| c Employer's name, address, and ZIP code **O'HARE TRUCK SERVICE** **2424 WISCONSIN AVE** **DOWNERS GROVE IL 60515** | |

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

DANIEL VALENZUELA
545 N COLUMBINE AVE
LOMBARD IL 60148

| 15 State Employer's state ID no. IL      1 | 16 State wages, tips, etc. 36465.50 |
|---|---|
| 17 State income tax 1546.13 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## W-2
### IL State Reference Copy
### Wage and Tax Statement
### 2017

| 1 Wages, tips, other comp. 36465.50 | 2 Federal income tax withheld 5057.29 |
|---|---|
| 3 Social security wages 36465.50 | 4 Social security tax withheld 2260.86 |
| 5 Medicare wages and tips 36465.50 | 6 Medicare tax withheld 528.75 |
| c Control number 009257 CHIC/F3T Dept. 110004 | Corp. Employer use only T   109 |
| c Employer's name, address, and ZIP code **O'HARE TRUCK SERVICE** **2424 WISCONSIN AVE** **DOWNERS GROVE IL 60515** | |

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick |

e/f Employee's name, address and ZIP code

DANIEL VALENZUELA
545 N COLUMBINE AVE
LOMBARD IL 60148

| 15 State Employer's state ID no. IL | 16 State wages, tips, etc. 36465.50 |
|---|---|
| 17 State income tax 1546.13 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## W-2
### IL State Filing Copy
### Wage and Tax Statement
### 2017

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| F3T | 009257 | 110004 | | 0000260031 | 1 |

067-0001

## Earnings Statement

**ADP**

O'HARE TRUCK SERVICE INC
2424 WISCONSIN AVE
DOWNERS GROVE, IL 60515

Period Ending:    06/23/2017
Pay Date:    07/07/2017

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    0
   IL:    0

**DANIEL VALENZUELA**
**545 N COLUMBINE AVE**
**LOMBARD IL 60148**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 16.0000 | 132.75 | 2,124.00 | 20,968.25 |
| Commission | | | | 575.95 |
| **Gross Pay** | | | **$2,124.00** | 21,544.20 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Max Elig/Comp | 2,124.00 | 21,544.20 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -344.98 | 2,943.91 |
| | Social Security Tax | -131.69 | 1,335.74 |
| | Medicare Tax | -30.80 | 312.39 |
| | IL State Income Tax | -79.65 | 807.92 |
| | **Other** | | |
| | Chsupp | -184.62 | 2,584.68 |
| | Ee Loan | | 250.00 |
| | **Net Pay** | | **$1,352.26** |
| | Checking | -1,352.26 | |
| | **Net Check** | | **$0.00** |

Your federal taxable wages this period are
$2,124.00

O'HARE TRUCK SERVICE INC
2424 WISCONSIN AVE
DOWNERS GROVE, IL. 60515

Advice number:    00000260031
Pay date:    07/07/2017

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| DANIEL VALENZUELA | xxxx1298 | xxxx xxxx | $1,352.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| FST | 009257 | 110004 | | 0000220032 |

084-0001

O'HARE TRUCK SERVICE INC
2424 WISCONSIN AVE
DOWNERS GROVE, IL 60515

**Earnings   Statement**

Period Ending:   05/26/2017
Pay Date:        06/09/2017

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:   0
    IL:        0

**DANIEL  VALENZUELA**
**545  N  COLUMBINE  AVE**
**LOMBARD  IL  60148**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 16.0000 | 110.00 | 1,760.00 | 17,160.25 |
| Commission | | | | 575.95 |
| Gross Pay | | | $1,760.00 | 17,736.20 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Max Elig/Comp | 1,760.00 | 17,736.20 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -253.98 | 2,363.95 |
| | Social Security Tax | -109.12 | 1,099.64 |
| | Medicare Tax | -25.52 | 257.17 |
| | IL State Income Tax | -66.00 | 665.12 |
| | **Other** | | |
| | Chsupp | -184.62 | 2,215.44 |
| | Ee Loan | | 250.00 |
| | Net Pay | | $1,120.76 |
| | Checking | -1,120.76 | |
| | Net Check | | $0.00 |

Your federal taxable wages this period are
$1,760.00

©2000 ADP, LLC

O'HARE  TRUCK  SERVICE  INC
2424  WISCONSIN  AVE
DOWNERS  GROVE , IL.  60515

Advice number:   00000220032
Pay date:        06/09/2017

Deposited  to the account  of
**DANIEL  VALENZUELA**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxx1298 | xxxx  xxxx | $1,120.76 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| F3T | 009257 | 110004 | | 0000240030 | 1 |
| | | | | 064-0001 | |

## Earnings Statement

**ADP**

O'HARE TRUCK SERVICE INC
2424 WISCONSIN AVE
DOWNERS GROVE, IL 60515

Period Ending:   06/09/2017
Pay Date:   06/23/2017

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:   0
  IL:   0

**DANIEL  VALENZUELA**
**545  N  COLUMBINE  AVE**
**LOMBARD  IL  60148**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 16.0000 | 105.25 | 1,684.00 | 18,844.25 |
| Commission | | | | 575.95 |
| Gross Pay | | | $1,684.00 | 19,420.20 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Max Elig/Comp | 1,684.00 | 19,420.20 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -234.98 | 2,598.93 |
| | Social Security Tax | -104.41 | 1,204.05 |
| | Medicare Tax | -24.42 | 281.59 |
| | IL State Income Tax | -63.15 | 728.27 |
| | **Other** | | |
| | Chsupp | -184.62 | 2,400.06 |
| | Ee Loan | | 250.00 |
| | **Net Pay** | **$1,072.42** | |
| | Checking | -1,072.42 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,684.00

© 2000 ADP, LLC

O'HARE  TRUCK  SERVICE  INC
2424  WISCONSIN  AVE
DOWNERS  GROVE , IL. 60515

Advice number:  00000240030
Pay date:  06/23/2017

Deposited  to  the  account  of
**DANIEL  VALENZUELA**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxx1298 | xxxx xxxx | $1,072.42 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| F3T | 009257 | 110004 | | 0000200033  1 |

063-0001

*O'HARE TRUCK SERVICE INC*
*2424 WISCONSIN AVE*
*DOWNERS GROVE, IL 60515*

**Earnings   Statement**

ADP

Period Ending:     05/12/2017
Pay Date:          05/26/2017

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:     0
IL:          0

**DANIEL  VALENZUELA**
**545  N  COLUMBINE  AVE**
**LOMBARD  IL  60148**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 16.0000 | 99.75 | 1,596.00 | 15,400.25 |
| Commission | | | 327.95 | 575.95 |
| Gross Pay | | | $1,923.95 | 15,976.20 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Max Elig/Comp | 1,923.95 | 15,976.20 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -294.97 | 2,109.97 |
| | Social Security Tax | -119.28 | 990.52 |
| | Medicare Tax | -27.89 | 231.65 |
| | IL State Income Tax | -72.15 | 599.12 |
| | **Other** | | |
| | Chsupp | -184.62 | 2,030.82 |
| | Ee Loan | | 250.00 |
| | **Net Pay** | **$1,225.04** | |
| | Checking | -1,225.04 | |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are
$1,923.95

©2000 ADP, LLC

*O'HARE  TRUCK  SERVICE  INC*
*2424 WISCONSIN AVE*
*DOWNERS  GROVE , IL.  60515*

Advice number:      00000200033
Pay date:           05/26/2017

Deposited  to  the  account  of
**DANIEL  VALENZUELA**

THIS IS NOT A CHECK

| account number | transit  ABA | amount |
|----------------|--------------|--------|
| xxxx1298 | xxxx  xxxx | $1,225.04 |

**NON-NEGOTIABLE**