# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Daniel A Valenzuela, Plaintiff

v.

O'hare Towing Service, Defendant

Case Number: 19-cv-06230

Judge: Sharon Johnson Coleman

Magistrate Judge: Sunil R. Harjani

**Declaration of** Daniel Valenzuela

I, Daniel Valenzuela, state that I could competently testify to the following facts:

1. I was employed by Ohare Towing Service from October 27, 2016 through October 27, 2017

2. I am deaf. I requested reasonable accomodations from Ohare Towing Services, including an ASL interpreter. They refused, despite multiple requests

3. I was harrassed and bullied because I was deaf and bullied and eventually terminated. This caused great emotional pain and distress for me.

4. Attached is a summary of the damages I believe I am entitled to as a result of these violations of the law.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2/25/2020
(Date)

(Name) Daniel Valenzuela

**FILED**

FEB 25 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# Motion for Default

- Disability Discrimination Damages (ADA)          $100,000.00
- Wrongful Termination                              $ 10,000.00
- Workplace Harassment/Discriminatory Harassment    $ 60,000.00
- Punitive Damages and Emotional Distress          $100,000.00
- Hostile Work Environment                          $175,000.00
- Defamation Case Damages                           $ ----------

- Back pay overtime wages                           $ ----------
- Condominium Rent                                  $ 2,925.00
- Time off work/Lost wages                          $   875.00
- Fuel Surcharge                                    $    75.00
- Tollway                                           $    25.00
- Parking Fees                                      $    86.75
- IRA TAX Mileage (57.5 cents per mile)             $   227.12
- Babysitter (5 kids $21 an hour, 3 weeks)          $ 3,150.00

---

**Total**                                           **$452,363.87**

# INDEX and Summary

**Disability Discrimination Damages, Profane language toward employee, Wrongful Terminate, Mental Anguish or Emotional Distress, Workplace Harassment, Compensatory Damage, Hostile Work Environment or Punitive Damages.**

The **Americans with Disabilities Act of 1990** or **ADA** (42 U.S.C. § 12101) is a civil rights law that prohibits discrimination based on disability. It affords similar protections against discrimination to Americans with disabilities as the Civil Rights Act of 1964,[1] which made discrimination based on race, religion, sex, national origin, and other characteristics illegal. In addition, unlike the Civil Rights Act, the ADA also requires covered employers to provide reasonable accommodations to employees with disabilities, and imposes accessibility requirements on public accommodations.[2]

In 1986, the National Council on Disability had recommended the enactment of an Americans with Disabilities Act (ADA) and drafted the first version of the bill which was introduced in the House and Senate in 1988. The final version of the bill was signed into law on July 26, 1990, by President George H. W. Bush. It was later amended in 2008 and signed by President George W. Bush with changes effective as of January 1, 2009.[3]

Patrick Derbak (Human Resource) O'hare Towing Service

### October 21, 2016
Meet up with Patrick (HR) asking for hire certificate interpreter at no available at my requested, Patrick called Employee name Dan Ferron to come in and to be able Translate to his possible best due of his limitation hearing impaired sometimes miscommunication. Dan F stated that doesn't want to be involved being interpreter due of interview of employee private personal during interview, required to have certificate interpreter for Interview, meeting, training etc by the ADA LAW.

### October 26, 2016
Starting first day training, place me riding with Dan F.

### April 23, 2017
Discrimination unsolved employee, Bill Verbal abusive toward me.

### July 21, 2017
Patrick Defending about reasonable accommodation and decline about EEOC law about disability rights requesting interpreter at no available.

### October 19, 2017
Requesting Interpreter again, No Response Until October 25, 2017, stated "what time will you be in tomorrow, scheduling an interpreter to come in and communicate with us on Oct 27, 2019 and Interpreter show up very first day hired interpreter and did not introduce their name or showing any I.D. certificate interpreter after discussing meeting and said you are FIRED, you must sign agreement of fired, I refused signed. By Katie and Patrick, they both are in relationship during workplace couldn't support on employee's situation or their update work performance unavailable in several time requesting interpreter failure meet ADA Law.

**Disability Discrimination Damages, Profane language toward employee, Wrongful Terminate, Mental Anguish or Emotional Distress, Workplace Harassment, Compensatory Damage, Hostile Work Environment or Punitive Damages.**

### October 27, 2017
That day Interpreter show up very first day hired interpreter and did not introduce their name or showing any I.D. Certificate interpreter was required to show and tell their name to any deaf people at no available, after Patrick and Katie discussing meeting without Bill Gratzianna (Owner) did not show up, said you are FIRED, forcing you (Daniel) must sign agreement of firing, I (Daniel) has right refused signed. Also Patrick and Katie hey both are in relationship during workplace couldn't support on employee's situation or update work performance to unavailable in several times requesting interpreter in past and failure meet ADA by Law.

Katie Gratzianna (Boss's daughter assistance manager) O'hare Towing Service

### August 17, 2017
Requesting Reasonable Accommodation ASL Interpreter, still No available decline to my requested, demanding me (Daniel) to use Relay Service on phone which are not 100 percent effective without face to face in appropriate meeting still failure.

### October 2, 2017
Requesting Interpreter and discrimination toward me (Daniel), Katie G still refusal and decline my ADA rights.

Bill Gratzianna (President/CEO) 4 of O'hare Towing Service / T&S Auto Recycling Inc / International Towing and Recovery Museum

### March 13, 2017
Another Employee disrespectful to me (Daniel), made a report to Bill G, at no available until March 17, 2017 finally answer by off point of conservation toward me, still unsolved situation issue.

### April 23, 2017
Repeatedly being discrimination toward me for not show up to work this day due of my very bad sick already informed Patrick and dispatcher, said will meet with you in person later date still unsolved issue.

### May 3, 2017
Requesting a certificate of interpreter still at no available, refusal provide reasonable accommodation.

### June 8, 2017
Bill turn out profanity toward employee (Daniel) very disrespectful, I (Daniel) explained to Bill about NLRA (National Labor Relations Act) Profane language in the workplace threaten toward me (Daniel) by write up add Formal as insubordination due of requesting ASL interpreter, still Refusal.

**Disability Discrimination Damages, Profane language toward employee, Wrongful Terminate, Mental Anguish or Emotional Distress, Workplace Harassment, Compensatory Damage, Hostile Work Environment or Punitive Damages.**

### August 21, 2017
Requesting Interpreter to no available and threaten "I (Bill) will take this as your letter or resignation after rights of requesting interpreter denied.

### September 5, 2017
Bill G stated come in to have meeting and I (Daniel) Requesting ASL Interpreter for meeting still at no available, I (Daniel) show up, Bill G did not show up either ASL Interpreter were not hired yet.

### October 14, 2017
Bill Gratizanna forcing me work during my day off was requested approval by Patrick able to take my Wife and 5 children to go see my God Mother's 60th birthday party in Bolingbrook due of my wife was that time does not have license and still in processing of immigrant with my supportive. Bill G started aggravated verbal threaten toward me during at God mother's huge family birthday party.

Mikey Lidster (Deaf Ex-Employee) O'hare Towing Service

### October 25, 2017
I (Daniel) asked Mikey L "How was training class and Interpreter was there?"
Mikey L Replied: "Yes". T.I.M (Traffic Indicant Management Class Certificate)

### Purple Communications, Inc Invoice Date 11/06/2017 – T.I.M Training 10/25/2017

O'Hare registered my name for TIM training on October 25th, 2017 show false evidence that I was present. However, I was not present that day because I wasn't required to show up to training class. I already attended the TIM training class on January 13, 2016, and therefore I didn't need to recertify for it. I had also recently got in contact with Mikey on December 15, 2019, with a clear statement from him that I was not with him the day of TIM training. Attached to this document is proof that contradicts O'Hare's false evidence.

**Please see attached false statement of Purple Communications and rest of evidence (Including text with Mikey, and document mailed to me from government of Illinois Department of Transportation with a T.I.M certificate card)**

**Disability Discrimination Damages, Profane language toward employee, Wrongful Terminate, Mental Anguish or Emotional Distress, Workplace Harassment, Compensatory Damage, Hostile Work Environment or Punitive Damages.**

### *TESLA Tire Program Training*
### *December 8, 2016*
Request ASL Interpreter, no available, approximately 45 employees during Tesla Training

Dan Ferron (Hard of Hearing), No longer working for O'hare Towing Service.

Mikey Lidster (Deaf) no longer working for O'hare Towing Service.

### *2017 Tow Trucks for Tots at Toyota Park in Bridgeview, IL*
November 12, 2017 11:49 am

**Reported** to Tow Trucks for Tots who in charge of largest tow parades, security and director came and inspect of threaten writing with Markal® F® Paintstik® Green Solid Paint Marker With 11/16" Wide Point on my new job Company's flatbed wrote on my passenger side and my two kids says daddy look point finger at window that O'hare Towing threaten wrote on passenger side window.

**Director of Tow Truck for Tots** has decide forcing all O'hare Towing leave out of Toyota Park and called O'hare Office informed DO NOT COME BACK AGAIN for disrespectful to other Towing Community and shows no respect for others.

### Witnesses by:

Son (Daniel Jr) age 5-year-old, tapping me (Daddy) Look on window point finger before getting myself get in truck wrote on my new job's truck 2018 Ford F-550 Rollback.

Daughter (Olina) age 7-year-old, tapping me (Daddy) Look on window point finger before getting myself get in truck wrote on my new job's truck 2018 Ford F-550 Rollback.