# Americans with Disabilities Acts

**Disability Discrimination Damages** (ADA) <u>and</u> **Emotional Distress Claims**

<u>Katie Gratzianna (Boss's daughter assistance manager) O'hare Towing Service</u>

### *August 17, 2017*
Requesting Reasonable Accommodation ASL Interpreter, still No available decline to my requested, demanding me (Daniel) to use Relay Service on phone which are not 100 percent effective without face to face in appropriate meeting still failure.

Katie Gratzianna refusal cooperate to obey by ADA Law, keep denied several times, trying to forcing me to use Video Phone Relay service which is not 100 percent effective without having interpreter in person for meeting by observation body language and honestly, without body language in person will leading misinformation or misleading can cause lack of performance work environmental.

Also Video Phone Relay Policy says that are not allowed to have Phone call to Katie or anyone employers during in office by same time and required by law to hire interpreter when disability rights requested any companies, school, hospital, government, president, police etc., must hire American Sign Language to be present for any meeting or update work performance or any issues, to no available and keep denied of ADA Rights. "If the **employer does deny** the **request**, he or she **could** still violate the **ADA** requirements by a lack of documentation or appropriate paperwork. If the **employer** just denies the **request** but **does** not state a reason on the form, he or she may face litigation."

Katie Gratzianna and Patrick Derbak
Human Resources Department
O'Hare Towing Service

RE: Request for Reasonable Accommodation for Daniel Valenzuela

Dear Ms. Gratzianna / Mr. Derbak

I work at O'Hare Towing as a driver and have been in this position since October 2016.

I am writing to request that you provide ASL interpreters as a reasonable accommodation under the Americans with Disabilities Act. As you may know, I am deaf, and this accommodation would help me be successful at my job. If you are not able to provide me with an ASL interpreter, I ask that we engage in the interactive process to determine whether there is an alternative effective accommodation.

If you have questions, you can feel free to contact the Job Accommodation Network at 1-800-526-7256 or the Great Lakes ADA Center at 1-800-949-4232 for more information, free of charge. If you have any questions about my request, you can contact me in writing or by text,. However, I would appreciate a written response to this letter.

Thank you,

08/17/2017

Daniel Valenzuela

8/17/17

11:41 AM

Conservation w/ Katie Gratizanna

Thru Text as Denied of request
reasonable accommodation of Interpreter Sign
language.

CALLED EECC @ 11:58 AM 8/17/17
CALLED EFE LAWYER @ 12:18 pm 8/17/17

I've been asked for interpreter been delayed. Longer enough. Have good day

You are welcome to call me with an interpreter on the phone today.
I am running around and can not stop at moment for meeting.

Nope. I requested interpreter in person that's law as my decision rights of ADA. Otherwise if not concerned as broke law for not provide interpreter in person. Read the law. Thanks

that's not required by law

You will have to set that up with Pat.
I am letting you know that I am giving you opportunity to call in with one on the phone
If you choose not to do that then that's your choice

11:43 AM

ADA law required have it in person as my wish. So now I'm going informed my attorney as you refused

11:43 AM

It's my right my decision. It not your decision. I am disability. You're not disability decision.

11:44 AM

Bill Gratzianna (President/CEO) 4 of O'hare Towing Service / T&S Auto Recycling Inc / International Towing and Recovery Museum

### *August 21, 2017*

Requesting Interpreter to no available and threaten "I (Bill) will take this as your letter or resignation after rights of requesting interpreter denied. Also to make me look like I'm at fault and accuses me.

Also. My rate pays is still too low hard to support my families. And you raised twice on Dan Ferron as he paid 18.00 per hours and I only had 16 per hour which my experience is too high skills and still pays too low for my talents. This job isn't meet to my professional experience. My skills is way more. But I am requesting you get interpreter. Thanks.

Bill O'hare Does

I will take this as your letter of resignation

R u try discharge me and refused provide interpreter as its law

O a e E ss

Happened on August 21, 2017
BOSS TEXTED ME. ②



I am done dealing with you today
GO HOME
you are refusing to follow directions
Go home!

7:03 P

been instructed to go home Quit playing games and follow my orders BGRATZ

7:04 P

Katie Gratzianna

Dan left the

Go home
Because of
all this stress
and drama
And your
insubordinati
on
You have
been
instructed to
go home

7:04 PM

me out of
here. Thanks

Dan V left the conversation
Today 8:41 PM

AGIAN you
are being
difficult

7:04 PM

AOIAN you are being difficult andargument ative!
We don't need an

We don't need an interpreter for you to refuse to follow direct order to drive particular truck and

for better and for a meeting discussion and everything for how performs job etc etc. I was asking for a raise because it such hard for me working so much and trying support all of my beloved children and my fiancé doesn't have job shes not USA citizen. As I requested favors for better interpreter once a while for meeting or class or training etc. it doesn't have to be everyday. I have already sending PDF letter toward to Patrick and Katie at no available. I would like to

[...] working there, mostly of management doesn't understand and sometimes misleading or misunderstanding. As i requested for interpreter anywhere, anyplace, and anytime. Please be understand of my wish requesting that help me for better performs and understanding.

I have not said quit. Do you want me working there? Are you trying against me?

8:14 PM

I am not stealing your time. I

me. Work so much. Do you want me come back and work.

8:18 PM

I take nap during my lunch and 15 min break most of times.

8:25 PM

Same to other driver do that too

8:26 PM

Bill O'hare Boss

There is no such thing as waiting on calls when you are paid hourly compensation !
Doing nothing and just sitting or sleeping waiting for calls is how it works for commission
Operators !

duty list and written list for stuff to do !
I supplied tools paid you extra and you just decided not to do the assignments and just say fuck it and hide from dispatch and cameras Do you really thing I am that fuckin stupid !?!?

You think I'm trying hide or anything from dispatcher. That not what I plan. Just to parked and when I fix or middle something. Tully get in my way and screaming at me and all that. Gave up can't stand deal with Tully disrespectful. Some most drivers standing n nap and chatting do nothing around. Now you getting accusing and harder on me.

8:33 PM

Do u want me come and work

8:39 PM

Bill O'hare Boss

This conversation is stupid
You are trying to justify
fucking off !
You have ignored all the
assignments
You have been given
Now you want to blame
Tully?!?
Don't Contact me any more
on this tonight
Reach out prior to starting
your shift tomorrow

8:41 PM

Here message what Mikey
said read " Ok, cuz you and i
do more most time" what

Patrick Derbak (Human Resource) O'hare Towing Service

Katie Gratzianna (Boss's daughter assistance manager) O'hare Towing Service

### *October 19, 2017*

Requesting Interpreter again, No Response Until October 25, 2017, stated "what time will you be in tomorrow, scheduling an interpreter to come in and communicate with us on Oct 27, 2019 and Interpreter show up very first day hired interpreter and did not introduce their name or showing any I.D. certificate interpreter after discussing meeting and said you are FIRED, you must sign agreement of fired, I refused signed. By Katie and Patrick, they both are in relationship during workplace couldn't support on employee's situation or their update work performance unavailable in several time requesting interpreter failure meet ADA Law.

### *October 27, 2017*

That day Interpreter show up very first day hired interpreter and did not introduce their name or showing any I.D. Certificate interpreter was required to show and tell their name to any deaf people at no available, after Patrick and Katie discussing meeting without Bill Gratzianna (Owner) did not show up, said you are FIRED, forcing you (Daniel) must sign agreement of firing, I (Daniel) has right refused signed. Also, Patrick and Katie hey both are in relationship during workplace couldn't support on employee's situation or update work performance to unavailable in several times requesting interpreter in past and failure meet ADA by Law.

Today 1:57 PM

Hello Pat.    1:57 PM

Hello    2:17 PM

*10/19/2017*

Ok my children caseworker is going contact you asap already gave them office number n name will contact you related of schedule. Thank you.    2:21 PM

Ok    2:58 PM

Caseworker called you weren't there left voice mail on your office phone. FYI. Thanks    3:34 PM

If you refused return to my caseworker call or not taking call or not answering call. This is automatically




If you refused return to my caseworker call or not taking call or not answering call. This is automatically each Saturday off. Remember Caseworker, Judge is higher authority than job n anywhere same as Doctors,Lawyer, etc. Thank you.

3:54 PM

Dan just got off the phone with them. Told them to forward information they have what they told me and what you told me are two different things. They are asking for your schedule to be changed, not demanding it.

3:59 PM

You refused let me work on wedensday? I got message from her. And u asking for







Pat H.R Ohare Towing

You refused let me work on wedensday? I got message from her. And u asking for court order? But goodluck we r contact lawyer about your refused n disobey driver need work on Wednesday instead Saturday. Plus you let most driver off on weekend for their enjoyment without good reasons. I have reasons purpose.

4:07 PM

This will be added n addressed with EEOC as well

4:08 PM

I'm email EEOC right now

4:08 PM

I have not refused anything, I have simply asked for information to be given to me. I do not enter into any

4:10 PM

  
I have not refused anything, I have simply asked for information to be given to me. I do not enter into any agreements without understanding my obligations and rights.

4:10 PM

I understand, but remember ADA rights when anytime I asked or wish requested certificate of interpreter but decline or don't have time for it or saying "we don't need interpreter" it's automatically violated Federal Law. I'm telling you I keep asking and failed. Now again you told my caseworker stated that you don't want or not need me work on Wednesday because of Saturday off that's very wrongful. We

4:14 PM

 




because of Saturday off that's very wrongful. We requested for adjust schedule due of related kids of mother abandoned I work on having kids return home under my custody this is very important. How do you feel if your kids been taken away by dcfs or neglect. What will you do? Will you want to be best interested being Father Role and wants kids be under your Custody than Neglect mother? Or be a bad Father? Can u answer this?

4:14 PM

No I cannot answer that, I am an employer and our relationship is a work relationship.
I sent you a request to provide an agenda for the



relationship.
I sent you a request to
provide an agenda for the
topics can be answered and
appropriate people can be
there.
The agenda serves the
purpose to assess what
accommodation is
necessary. If the
conversation topic is one
which does not warrant a
discussion but simply a
response I.e a yes or no
questions such as can you
drive a specific truck we
would not need an
interpreter, or if you had
questions regarding how to
check a truck out in
surefleet we could provide
you with the written
information we already. You
never responded to that

4:28 PM

  


never responded to that email. I sent you the email, you failed to respond. I met my obligations, you chose not to respond. You were told to let us know the topics so the appropriate people could be with the interpreter at the time to answer your questions, you did not respond. Simply saying you want an interpreter to meet and discuss does not provide any information or justification for the meeting. It has nothing to do with disability or cost, it has to do with justifying the time of managers being set aside for a conversation.

I'll forward this. FYI this is same what my old job

  


I'll forward this. FYI this is same what my old job saying but they failed n violated. Disability have powerful rights.

4:34 PM

Yes I have proof that bill stated want meet with me on Tuesday in past. This is proof been document and bad language during request interpreter. I have tons paper been keep built up support n protect me. I tried to work it out and easy to asked for one but suddenly you guys wow very refused and decline on my requested and you decide hire interpreter for Mikey and discrimination on me refused provide me interpreter that is serious unfair and ignorant my

4:38 PM

        


unfair and ignorant my wishes n request failed.

Any further discussion must interpreter reasonable accommodation as requested face to face for a better teamwork, better effectively communication with interpreter. Most of times you guys don't understand when I tried write or texting sometimes you guys don't understand into sentence or "what do u mean by that". That is an issues. So I asked informal please may I request you to provide an interpreter for a better smooth communication n work out well without stresses. That's your choice. This is another requested. Make decision

4:42 PM

   


times you guys don't understand when I tried write or texting sometimes you guys don't understand into sentence or "what do u mean by that". That is an issues. So I asked informal please may I request you to provide an interpreter for a better smooth communication n work out well without stresses. That's your choice. This is another requested. Make decision decline continues that is ok. Nothing else for me to say. I have asked failed, my attorney send letter you still refused hire interpreter. It didn't work out. Have a good luck continue of decision. Thanks.

4:42 PM

Delivered

   

Bill Gratzianna (President/CEO) 4 of O'hare Towing Service / T&S Auto Recycling Inc / International Towing and Recovery Museum

*October 14, 2017*

Bill Gratzianna forcing me work during my day off was requested approval by Patrick able to take my Wife and 5 children to go see my God Mother's 60th birthday party in Bolingbrook due of my wife was that time does not have license and still in processing of immigrant with my supportive. Bill G started aggravated verbal threaten toward me during at God mother's huge family birthday party.

  
Bill O'hare Boss

**Hey I am not sure what is
going on
You are late and need to be
at work!!!**     6:59 PM
**8 calls holding !!!
ETA?!?**

> **Hi Bill, I'm not working
> today. I'm off today. That I
> asked approve by Pat 14th**     7:02 PM
> **and 31th. Thanks**

Bill O'hare Boss

**No get to work !!
You can get off when**     7:03 PM
**caught up
Consider on call**

> **Im with my families 45
> families and I'm in
> bolingbrook with my God**     7:04 PM
> **Mother bday 60 old. We r at**

             

*(handwritten notes in margin)*
②    Started 6:59pm on 10/14/2017    Family B-Day +

  
Im with my families 45 families and I'm in bolingbrook with my God Mother bday 60 old. We r at Bar Louie's bday party with all 15 kids n families

7:04 PM

Requested 2 weeks ago with Pat

7:05 PM

Bill O'hare Boss

So can you come in to help calls get caught up?
8-10 holding

7:06 PM

How can I ? I don't have steel boot, uniforms etc. I'm in nice clothes. All my work clothes are in Long grove/ Arlington heights. Party end by 8pm and how can I take my families home it's about 45 min drive from Boughton rd bolingbrook il to Lake

7:08 PM

        

    
...45 min drive from Boughton rd bolingbrook,il to Lake cook rd

Bill O'hare Boss

So you want me to go in to cover your oncall ?
WTF                                                7:10 PM

It's mistaken suppose be 14th off not 13th. Mistype. Now you wanted me leave my families stuck at party without taking them home I do not have any uniforms etc and middle of pile of families membership. I've worked so much and requested off advance. Now why giving me hard time?                 7:21 PM



  　　　　　　



7:39 PM



7:39 PM

    
Here proof of events    7:39 PM



7:40 PM

This my Niece. I'm her Uncle Dan. Is this proof enough. Events end by 8pm tonight in bolingbrook. Feel free for you guys come over and check us out    7:40 PM

   

    
Plus my Equipments, Paperwork clipboard, uniforms, and boots are up north in my other SUV. Thanks. Let me care of my 5 kids. Two kids orders by court that I must be with kids every weekend and will have paper orders of my schedule will be forced changed and mother abandoned my two kids. Please understand this. Thanks. I will try to help afterward if I am sober. Thanks.

7:45 PM

Today 11:04 PM

Bill O'hare Boss

Don't bother coming in You were needed 6 hours ago

11:04 PM

Don't bother coming in
You were needed 6 hours                    11:04 PM
ago

We came in shop 10:15 they
said need me come in. So
rush home switch SUV and
change to uniforms later
now dispatcher just text            11:14 PM
said they had enough driver
show up. No need me
tonight. Now u said don't
bother Coming. Are u rid of
me no longer work there?

Bill O'hare Boss

I have idea what you are
talking about
Needed you at 5-6 pm
You wouldn't
Come in

    
Bill O'nare Boss

I have idea what you are
talking about
Needed you at 5-6 pm
You wouldn't
Come in
Don't have extra calls
currently
Work your next shift as
scheduled
On Monday get copy of on
call responsibility

11:18 PM

I already requested day off
two weeks ago with Pat for
Saturday. Now you're
putting hard on me. I don't
understand why and my
wife don't have license to
drive vehicle yet. It look like
it's time for me n other
drivers look for better job.
Thank for having short term
discussion yesterday with

  

    
Thank for having short term discussion yesterday with all of my 5 kids n wife with me during interpreter with my older step daughter. Now seems not work out. Have good night I don't know if I will be in tomorrow or so. I'm fed up being forced n unfair when drivers n dispatchers call in off and I have not call in off lately so I request off 2 weeks advance than call in off last min. Maybe I should follow other drivers n dispatchers call in off a lot. Instead of 2wks advance. Might helpful. Thanks for all caused. I don't acceptance swearing toward employee. Thanks

11:23 PM

Now 3rd shift text me said

   

  
Now 3rd shift text me said they would be glad n happy if I can still comes in tonight. I have text. Right now

11:24 PM

Today

Hey is alex there

Trying hold of him if he's working tonight

He called off. Amanda Davis is holding over till Amanda alfredson get in

Really. Ok. U still need me come in? I already fully dressed uniforms

11:25 PM

Yeah, if you want to come in we'll gladly have you.

But whoever dispatcher text said no need me come in. I'm confused.

Bill O'hare Boss

When the boss asks you come in and then you don't then 6 hours later

   

    

Marci Grati... Pat H.R Oh... Bill O'hare...

Bill O'hare Boss

When the boss asks you come in and then you don't then 6 hours later
He tells you to not come in
Why are you having trouble understanding this
Stay home tonight
If you do not show up tomorrow
You will be forcing me to make decision
Your call
I am done texting about this tonight

11:30 PM

From: Hosted By: All Her Kiddos 

To: reliableaffordableconst@g...    Hide

Event Reminder: Katrina's 60th Birthday Soiree!

Ⓔvite

**Reminder! Upcoming Event**

11:18 PM

Katrina's 60th Birthday Soiree! is on

   

    

Marci Grati... Pat H.R Oh... Bill O'hare...

## Reminder! Upcoming Event

11:48 PM

**Katrina's 60th Birthday Soiree!** is on
Saturday, October 14, 2017 from 5:00 PM -
8:00 PM
Your RSVP is Yes



Im not trouble having
understand this, I'm having
trouble for you not
understand when I had
request off that I have
asked Pat can I dayoff by
wrong date suppose 14th
instead 13th so got
approved and confirmed
RSVP 5pm to 8pm. Plus my
Wife does not have License
to stay with my families able
drive home while I able
come in to help short out,
plus my equipments n

11:48 PM

  

    
wrong date suppose 14th instead 13th so got approved and confirmed RSVP 5pm to 8pm. Plus my Wife does not have License to stay with my families able drive home while I able come in to help short out, plus my equipments n uniforms are in other SUV and up North 42 miles distance. Now you're upsetting. Because some drivers not show up due of battery dead, someone call in off, someone not show up and not answering phone etc. now you start all this and very harder on me. Thank for all subjects. Read RSVP on Pic forward you. Goodnight. Scroll down. Thanks

11:48 PM

   

# U.S. Department of Transportation Federal Motor Carrier Safety Administration

**Incident Date:** October 1st, 2017

**Incident Location:** O'Hare Towing Service

**Submitted to FMCSA on:** Wednesday, October 4th, 2017

**Related to No Safety lights and Disability Discrimination of ADA Law**

See attached of Incident Description of FMCSA

Complaint Summary     **Complaint ID: 100099943  Submitted On: Wednesday, October 4, 2017**     Back to Home Page  Print

Incident Information
Incident Date:     10/1/2017
Incident Location: Ohare Towing Service

### Incident Description

Incident Description My name Daniel Valenzuela, I'm deaf been professional towing driver over 4 years and been professional trained with PTROI, NIPSTA and IDOT certificate of T.I.M. My concerned is that Ohare owner name Bill, I text him, he replied yes go ahead, I told him would like to add safety flasher strobe lights on front grille to be safety front area incoming traffic. Because beacon light mount was connected to flatbed when you tilt the bedding up it beacon toward airplane n helicopter up in air, no emergency warning light infront area, incoming vehicles thinks we r normal vehicle they speeding side swipe and almost got us into accident for not having properly flasher front area, I've work at old job they had front area flashers on f550 and dodge wheel lift at old job. Also need to add some led light on both side of flatbed rail. Present job they careless and doesn't care when driver is in life dangerous, they all cares is about making tons Tons of money without concerned on driver's life danger. Hiring many new driver and within 2 to 2 or 3 months a lot drivers quit quit over and over because Ohare isn't safe and no respect to drivers role. Also broke several laws refused obtained ADA law and refused hiring an interpreter for meeting or conference for me to explain n improvement etc. I've been stressed a lot also they stressed on driver working over 100 hours every two weeks without overtime pay. Only regular pay rate. I've asked several times and didn't successfully been very stubborn, now I have no choice and decide Violates complaints through FMCSA, EEOC, EFE, ADA, IDHR, etc. This company was worst than ever I worked old job. I talked with FMCSA would like to come with FMCSA investigation to go Ohare service would like show around trucks and some are not safe. Also because One of Ohare employer who is doing safety inspection sticker without going to safety place to inspection to have window sticker, they had own window sticker and replace every year without correct on trucks issues. Got me fed up and interested into violated complaint with several departments also their Human Rescorce he is boss's daughter's boyfriend. Doesn't care and didn't help anything. Managements been failed and unsolved ignorant anyone felt unsafe etc included refusal hire interpreter as Reasonable Accommodation failed. I've decide to filed with you and everyone. I want to become supervisor or upgrade my ranks to do better and strictly safety standard and make drivers feel safe instead of unsafe or disrespect from boss, management. Thank you please contact me more question. 630-489-6767 or 708-603-0702 text only. My email is HawaiiIceBlue@gmail.com I am more than happy working with you and come along walk through. Thanks so much for your time.

## Complaint Detail

| Type | Category | Allegation |
|------|----------|------------|
| Truck Safety | Unsafe Vehicles or Equipment | Commercial truck did not have required equipment. |

### Contact Information

| Name | Email | Phone | Address | |
|------|-------|-------|---------|---|
| Daniel Valenzuela | hawaiiiceblue@gmail.com | 630-489-6767 | 545 N Columbine Ave , Lombard, IL, 60148, US | Complainant |

I am an employee of the reported company: Yes

### Privacy Option

Share the following portions of my complaint with the reported company:
Allegations only:  Yes
Allegations and my name, address, phone number, etc.:  No

## Company Information

| Company Name | U.S. DOT# | MC# | Address | City | State | Zip | Support Entity |
|--------------|-----------|-----|---------|------|-------|-----|----------------|
| O'HARE TRUCK SERVICE INC | 141265 | 470849 | 2424 WISCONSIN AVENUE | Downers Grove | IL | 60515 | |

## Supporting Documents

| Sequence No. | File Name | Description |
|---|---|---|
| 3 | IMG_1452.PNG | Ford #447, Dodge #446, freightliner #443, |
| 4 | IMG_1450.PNG | Ford #447, Dodge #446, freightliner #443, |
| 5 | IMG_1451.PNG | Ford #447, Dodge #446, freightliner #443, |

## Certification Statement

☑ * **By checking this box, I certify/understand that the statements and information I am submitting in support of this complaint (allegation) are, to the best of my knowledge, true, accurate and complete.**



U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

Illinois Division
3250 Executive Park Drive,
Springfield, IL 62703-4514

Complaint ID: 100099943
10/4/2017

Daniel Valenzuela
545 N Columbine Ave ,
Lombard, IL 60148

Dear Mr. or Ms. Daniel Valenzuela :

Thank you for your submission to the Federal Motor Carrier Safety Administration's (FMCSA) National Consumer Complaint Database (NCCDB). Your complaint indicated you believe that O'HARE TRUCK SERVICE INC may be in regulatory noncompliance. We appreciate you notifying us about your concerns regarding the operations of this company. FMCSA is concerned about violations of the Federal Motor Carrier Safety Regulations, the Hazardous Materials Regulations, and the Federal Motor Carrier Commercial Regulations by motor carriers, cargo tank manufacturing, inspection and repair facilities, and brokers and freight forwarders and their employees.

Your complaint number is 100099943. Please refer to this number when submitting additional information or checking on the status of your complaint.

In filing a complaint with FMCSA, you were asked if you agreed to allow FMCSA to share the details of your complaint and/or your contact information with the reported company. Your decision will be respected and your privacy maintained accordingly. Your complaint information will be maintained in FMCSA's NCCDB and may be used by FMCSA for in-house analytical and statistical purposes. This information may also be used for enforcement purposes. You may be contacted to provide additional information and documentation or if FMCSA decides to initiate enforcement action against the company. You would be informed of disclosure considerations and FMCSA's obligations under the Freedom of Information Act (FOIA) at that time.

If your allegations are found to be valid, we will investigate and inform you of our findings and actions taken. If you need more information or have questions, you may call our nationwide toll-free hotline for the NCCDB at 1-888-DOT-SAFT (368-7238) from 8am–8pm, Mon–Fri, EST. Thank you for your interest in roadway safety.

Sincerely,

Dan Meyer
Division Administrator

## Proof of Email Several time requesting (ADA) Interpreter
### Plaintiff vs Defendant

**October 19, 2017, 10:03 am**

I have emailed to specific ranks in the office at no available of Reasonable Accommodation of my needs of ADA Interpreter, still declined and violation of Laws, after repeatedly requested several times still failure meet of my needs of Reasonable Accommodation of Interpreter certificate.

**See attach Email**

From: Daniel Valenzuela d. aenzuela@oharetowing.com
Subject: Re: Truck Assignment
Date: Oct 19, 2017, 10:03:08 AM
To: OTS bgratzianna@oharetowing.com
Cc: Doug Everett du g@oharetowing.com, Katie Gratzianna
kgratzianna@oharetowing.com, Patrick Derbak
pderbak@oharetowing.com Marci Gratzianna
mgratzianna@oharetowing.com
HawaiiIceBlue@gmail.com,
ReliableAffordableConst@gmail.com

Hello,

Just got email pop up Today. And checked saw old date shows Oct 2nd 2017 as you emailed me and it wasn't there until Today itself popped. Now I am response your email.

I would explain n discussion with you in person with certificate interpreter as my request of rights. Keep in mind, NEVER SAID NO TO ANY DEAF when they asked or wished request an interpreter. IT'S AGAINST OF LAW, you guys never say NO or refused or keep excuses being unable hire an interpreter. Obviously my experience is talent on variety jobs I've been challenge and motivation! I've studied on my own, studied watch a lot towing skills of video you tube, google, etc.

Bill, do you remember when we had recovery going on with rollover pile of magazines?

Read and carefully, I told management explain to tell you to push that trailer metal side wall was torn down, so push that and slide on my flatbed upward.

And you refused take my offer or advice, you choose your way by pick up a full of magazines in big box and forklift put on top of trailer metal side wall lay on it then you forklift under the metal sheet sidewall of trailer attempt to lift, but you FAILED AND SPILLED THE BOX WITH

FULL MAGAZINES allover on ground again, you attempt few times didn't make it and end up making all of us had to clean up your mess.

Then now you finally decide take my advice that I told management and they told you while you were inside of Zettlemeyer, I (Daniel and Mikey) we all saw mgmt walked up to you earlier informed you my advice but u decline my advice. So now you finally took my offer and finally got that Metal sheet of side wall oF rollover trailer push n slide upward on my flatbed.

Now can you explain this???

Again, I request of right asked for certificate interpreter for effective better understand CLEARLY and More teamwork and less Emenies...

I'm very more focus into tow business and that is why I am studied and acknowledge a lot talents and skills. Pick up more experts. My dad own 100 tons rotator tow truck in Michigan, my uncle Jimmy he professional tow truck when I was little Boy learned from him and my dad then goes by now. I studied tow stuffs, invoices, expense, parts, equipments, safety, professional, keep maintenance update, refuel end of shift, clean up, discussion with PTROI, T.I.M, fire cheif, IDOT instructors, acknowledge ILCC,ICC cost, tow lic plate, insurance 750,000 to 1,000,000 required coverage (automobile liability, garage liability, on-hook coverage, garagekeepers, work compensation, etc), FMCSA, Tow

Academy (Don G Archer), studied YouTube of Jamie Davis recovery, studied towman, towtruckbiz, discussion specific person of research etc, windshield IFTA sticker, acknowledge safety hook up, use your mind skills math, use mind of figure a way properly safety and acknowledge avoid jammed, knowledge of equipment to use right way. Ive been learned a lot quicker and fastest way. Been doing crane directly orders, etc etc. I'm not repeat myself to you. 38 years doesnt mean anything it depends on individual mind skills, idea, advice, motivated, self hard working, safety on customers, experts with account at any repair place, traffic management, etc etc.

Do me favor don't attempt by comparing on me to anyone or yourself.

I asked several times request of Interpreter as required when I asked, you can not refused or say No thats against Laws.

This can leading you into serious situation for refused provide Interpreter when disability requested for interpreter.

No more discussion until hire certificate Interpreter for best effectively and will have better teamwork communication and will explain you on board how or how cause or etc.

Thank you

Daniel Valenzuela - O'Hare Towing Service, Inc. - 800-227-6890

-------- Original message --------
From: OTS <bgratzianna@oharetowing.com>
Date: 10/2/17 10:57 AM (GMT-06:00)
To: Daniel Valenzuela <dvalenzuela@oharetowing.com>
Cc: Katie Gratzianna <kgratzianna@oharetowing.com>, Doug Everett
<doug@oharetowing.com>, Marci Gratzianna
<mgratzianna@oharetowing.com>, Patrick Derbak
<pderbak@oharetowing.com>
Subject: Re: Truck Assignment

Dan!!

Let me understand this correctly.

You know more about towing than any one?! And you will not take any instruction or advice?

What is your

TRAA certification ?

Wreck master level ?

Have been to any formal training programs ?

Do you have more than 38 years of experience ?

Sent from my iPhone

On Oct 2, 2017, at 10:09 AM, Daniel Valenzuela

# TESLA/O'Hare Training without American Sign Language Interpreter

## TESLA Tire Program Training and Emergency First Responders

**December 8, 2016**

Effective 12.8.2016 **Tesla has approved O'Hare** to be their sole service provider for Towing and Tire changes/deliveries. We will be stocking a tire bank at all terminals and the operators will all be going through a complete training process for the service.

Requesting **ASL Interpreter**, no available, approximately more than 45 employees during Tesla Training Class.

**D1.28    Tesla Tire Program**

Effective 12.8.16 Tesla has approved O'Hare to be their sole service provider for Towing and Tire changes/deliveries. We will be stocking a tire bank at all terminals and the operators will all be going through a complete training process for the services.

Part of our commitment to Tesla is expedited service, this means we are putting them on a top tier priority just under Police towing. All calls will be handled with immediate response times.

Operators will be loading a replacement tire and a tire change kit at our terminals and proceeding to the breakdown for members. They are then bringing the bad tire back to a Tesla location for repairs.

The following is the training guide / steps for how to handle the Tire Program for the Tesla Model S and Model X.

1. Operators are expected to be PROFESSIONAL at ALL times, Dress, Attitude, and Action.
2. Time and mileage must accurately be accounted for with all Tesla wheel tire change calls.
3. Make sure that you a familiar with the entire process and read the attached instructions from Tesla. If you are unsure of your ability to perform this service or understand how to use the necessary tools, inform dispatch BEFORE accepting the call so arrangements can be made for a manager to meet you on site for training.
4. There is a tire bank at all OTS locations.
5. There is a "Tire Change Kit" That will also be kept with the tire bank and MUST be returned after the tire change. The operator is responsible for all the tools in the kit.
6. Currently there are only two sizes in our tire bank 19 and 21 inch. Each wheel will have a unique ID number on the inside of the rim.
7. These are full size OEM wheels and tires. They DO NOT have the Tire Pressure Sensor installed so it will give a false reading to the car. This is done

intentionally and will need to be explained to the customer at the time of service.

8. When dispatched a call for a tire change, dispatch will tell the operator what size tire is needed for the call and what terminal to head to for loading the tire.
   *Operators are to spend no longer than 10-15 min in the loading and securing process*

9. Prior to leaving the terminal, the operator is to make sure that all tools and supplies are accounted for in the tire change kit.  See attached inventory list *Illustration #1. If anything is missing contact dispatch immediately.*

10. When arriving onsite, immediately greet the customer and make sure that they are in a safe location and that they stay there.
    a. In the event that the vehicle is in the roadway and not in a parking lot, recommend that the customer stay inside the vehicle through the duration of the service for their safety.
    b. If it is going to create a safety hazard for the operator to change the tire on the roadway (ex. On a driver side outer tire on I-294) advise the customer that we will be loading the vehicle to transport it to a safe location for the tire change to be complete. Oasis/next exit/ etc. Escort the customer to the Tow truck so they can safely wait inside the cab while loading.

11. Inspect the car for preexisting damage and any damage that may have been caused by the flat tire or any objects that caused the flat tire.  Document any damage with pictures and on the tow ticket, verbally advise dispatch of damages so they can document in the call.  If there is any suspension damage and the vehicle is not drivable, explain that to the customer and advise OTS dispatch as this will result in a tow.
    a. Proceed with changing the tire in preparation for a tow.
    b. Start the tow ticket process and have the customer sign the damage waiver on the back of the ticket.
    c. Follow the instructions for Tesla to place the car in **"TOW MODE"**
    d. Proceed with loading the car for delivery to the Tesla Service Center

12. If a tire change will be successful, instruct the customer to place the vehicle in **"JACK MODE"**

13. If the wheel has the small plastic lug covers remove all five of them and secure them in a safe location.

14. With a loose 21mm socket test fit it on all 5 lugs.  If it does not fit completely on the lug you will need to use the 22mm socket on those "swollen" lugs.

15. With the wheel still on the ground **LOOSEN** all the lug nuts with a breaker bar and the correct socket.
16. Jack the car up using the barrier tool between the body of the car and the jack
    **ONLY PLACE THE JACK IN THE DESIGNATED LOCATIONS**
    **SEE ILLUSTRATION #2
17. Remove all the lug nuts and place them in a safe location.
18. Make a notation of the used wheel ID (located in the inside of wheel) and record it on the tow ticket. Take a picture of it and upload it into the call.
19. Reinstall the replacement wheel and tire.
20. By **HAND,** start all lug nuts onto the threaded wheel studs.
21. With a breaker bar, snug all the lugs up to the point they make contact with the wheel.
22. Starting at the top most lug, torque the nut in a **STAR PATTERN** with the supplied torque wrench or 130 foot pounds.



23. Reinstall the plastic lug covers if equipped.
24. Have the customer remove the vehicle from **"JACK MODE"**
25. If needed, for purposes of safety, have the customer move the vehicle to a different location so you can complete the paperwork portion of this call.
26. Fill out a complete tow ticket.
27. Fill out a complete Tesla Tire Change agreement and have the customer sign, upload an image of this in the call.
28. Fill out a blank white tag from the tire change kit with the customer's last name and last 6 of the VIN.
29. With a zip tie attach this tag to the wheel.

30. Verify if the customer wants to take the tire with them to the repair facility or if they would like OTS to drop it off.
    a. **If customer is taking the tire**, place it inside the Tesla tire bag and place it in the customer's vehicle for them.
    b. Advised dispatch so they can document this in the call and advise Tesla
    c. **If the customer wants the tire delivered**, place the Tesla tire bag and secure it on the truck.
    d. Dispatch will advise if the tire is to be dropped off at a service center or if it is to be returned to an OTS terminal.
31. Before leaving the job site, Confirm that all parts and tools are in the Tesla tire change kit, make sure the kit gets returned back to the terminal that it was checked out from.
32. Obtain a time out for the call from dispatch and record it on your invoice.

Failure to follow these policies and procedures will result in disciplinary action up to and including termination of employment.



## SERVICE LOANER TIRE AND WHEEL AGREEMENT

Customer Name: _____

Telephone: _____  E-mail: _____

VIN: _____  Loaner Wheel Serial Number: _____

Date/Time Loaned Out: _____  Date/Time In: _____

Wheel conditions at time of service provided:

D–Dent; S–Scratch, X–Other Damage (describe)

| Customer Flat Tire and Wheel: | Service Loaner Tire and Wheel: |
|---|---|

Tesla Motors, Inc. ("Tesla") is loaning you, our Customer, the Service Loaner Tire and Wheel for temporary use so that you can reach a suitable destination to replace your flat tire and wheel. Your use of the Service Loaner Tire and Wheel is subject to the terms and conditions in this Service Loaner Tire and Wheel Agreement (the "Agreement"):

1. You have liability and property damage insurance on your vehicle that meets or exceeds the minimum state requirements. There is no warranty or insurance coverage provided by Tesla under this Agreement.

2. You release and discharge Tesla and related persons or entities from any and all claims or damages arising out of or in any way connected with any claims or incidents related to the use of this Loaner Tire and Wheel.

3. You will return the Loaner Tire and Wheel in the same condition as you received it, ordinary wear and tear excepted, within 3 business days. While in possession of the Loaner Tire and Wheel, you will not operate the vehicle negligently or contrary to applicable law.

4. You understand that the Loaner Tire and Wheel is only intended for short distance travel (fewer than 50 miles) to a suitable location to have your tire replaced. The Loaner Tire and Wheel not intended for long-range use.

5. You understand that this Loaner Tire and Wheel is not for sale. However, Tesla reserves the right to charge you the full retail price of the Loaner Tire and Wheel if it is not returned to a Tesla Service Center (or other location mutually agreed upon by you and Tesla) within 3 business days of the Date/Time Loaned Out.

6. You understand that the Tire Pressure Monitoring System (TPMS) alert may appear as a result of installing the Loaner Tire and Wheel. Replace the Loaner Tire and Wheel with a new tire/wheel as soon as possible to ensure proper functionality of the TPMS.

**Agreed and Accepted:**

| Customer Signature | Date |
|---|---|

| Employee Signature | Date |
|---|---|

* Drivers to complete 2 copies on every tire replacement call. One to include with the invoice and the other to accompany the customer's tire to the service center.



# Quick Guide for Tow Providers

Model X Universal Loaner Wheel



Tesla Roadside Assistance Team is available 24/7 to provide support

510-249-4082

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Contents – 6 Simple Steps

| Contents in this Training Guide | Page |
|---|---|
| Required Equipment | 3 |
| Step 1: Air Suspension and Jack Mode | 4 |
| Step 2: Jack Points | 5 |
| Step 3: Loosen Lug nuts | 6 |
| Step 4: Jacking up vehicle | 7 |
| Step 5: Lug nuts & Tire Removal | 8 |
| Step 6: Tire installation | 9 |
| Step 7: Returning Customer's Damaged Tire | 10 |
| Contact Tesla | 11 |

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

TESLA

# Equipment Required

- Floor jack (**rated for 2½ tons or more**)
- ½ inch Breaker bar
- ½ inch Torque wrench
- Extended 21 mm 6-point socket
- Tesla wheel lock kit key (**If required**)



Breaker bar

Torque wrench

Extended 21mm socket

Wheel lock key

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Step 1: Air Suspension and Jack Mode

If the Model X is equipped with **active air suspension:**

1. Adjust the vehicle height for better clearance. On the main touch screen press:
   A. CONTROLS
   B. SUSPENSION
   C. VERY LOW

2. Press the "Jack" button to disable the air suspension from adjusting while jacking the vehicle.

   Note: If the Model X does not have air suspension, skip these steps above and proceed to locating the jack points.



Set "JACK" mode to disable self-leveling

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Step 2: Jack Points

**Vehicle Jacking Points**

**There are only four points on the Tesla Model X that are approved lifting points.**



Approved Jack Points

When applying the jack, do not damage the plastic strip between the battery pack and the body rail .

**Note:** *No other location on the underbody of the vehicle should be used to jack up the Model X.*

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Step 3: Loosen Lug nuts

**Tire Removal**

Before lifting the vehicle, loosen the lug nuts with the breaker bar. Do not remove the lug nuts from the wheel until the vehicle is lifted off the ground.



**Note:** *The vehicle should still be on the ground, not yet jacked up. One of the rear wheels should always be chocked for additional safety.*

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Step 4: Jacking up vehicle

### Jacking up the vehicle

Place your floor jack underneath the vehicle. Make sure the lifting pad on the floor jack is aligned with the jack point on the vehicle. Begin raising the vehicle. Lift the vehicle until the damaged tire can spin freely. Make sure the other three tires remain in contact with the ground.





Use a floor jack rated for 2½ tons or more

**Note:** *Make sure you have proper alignment between the jack point and the floor jack. Monitor the vehicle to make sure the corner you are lifting is the only side leaving the ground.*

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Step 5: Lug nuts & Tire Removal

**Lug nut removal**

Using your 21 mm socket, back off the lug nuts from the wheel studs and remove the damaged tire.





**Note:** *Make sure you have proper alignment between the jack point and the floor jack. Monitor the vehicle to make sure the corner you are lifting is the only side leaving the ground.*

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Step 5: Lug nuts & Tire Removal

## Tire Installation

Place the new tire on the studs. Make sure all lug nuts are hand tightened on the wheel. Slowly lower the vehicle until the vehicle is firmly on the ground. Using the torque wrench, **(torque 175 nm, or 129 foot-pounds)** torque down the wheels in a star pattern.





Torque to 175 nm in a star pattern (or 129 foot-pounds)

## After Installing

Inflate the tire on the loaner wheel to the specified tire pressure:

- ***Universal Loaner Wheel: 20" Michelin (255/45R20) must be inflated to 42psi.***

Check all tires for proper pressure in accordance with the guidelines listed on the driver's door

**Note:** *In order to prevent damage to the rim, do not over torque the wheels.*

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

9

# Step 6: Returning the Customer's Tire

**Labeling the Tire (Required)**

To ensure that the customer's damaged tire/wheel is easily identified, please label the tire with your company's name, last 6 of the Vin and date of the service. A template for this label is made available to all providers or a company may design their own.



Ludacris Towing
Date: 5/9/16
Vin: P01234

**Customer Requests to Keep Wheel/Tire**

Ideally the customer's damage wheel/tire will be delivered to a local Tesla Service Center, outlined in the job details. If the customer requests to keep possession of their damaged wheel/tire this is acceptable but please ensure this is communicated with Tesla Roadside so follow-up can be handled appropriately.

**Delivering the Tire to Tesla Service**

When delivering a customer's damaged wheel/tire to a Tesla Service Center please leave the labeled tire in the area designated by the local Tesla Service Center. If you are unsure of where to leave the tire, please ask Tesla personnel in the lobby, do not enter the shop or workplace without explicit instruction from Tesla Staff.

**Note:** *In order to prevent damage to the rim, do not over torque the wheels.*

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Contact Tesla

Do not hesitate to contact Tesla for assistance. Our Roadside Assistance Team is available 24/7 at:

## 510-249-4082

If you have any questions specific to this training guide, please contact the roadside team at RoadsideAdminNA@tesla.com.

© Copyright 2016 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

# Hostile Work Environment

**Hostile Work Environment (bullying) and Discriminatory Harassment**

## O'Hare Towing Threaten during at Tow Trucks for Tots Parades

### November 12, 2017 11:49 am

**Reported** to Tow Trucks for Tots who in charge of largest tow parades, security and director came and inspect of threaten writing with Markal® F® Paintstik® Green Solid Paint Marker With 11/16" Wide Point on my new job Company's flatbed wrote on my passenger side and my two kids says daddy look point finger at window that O'hare Towing threaten wrote on passenger side window.

**Director of Tow Truck for Tots** has decide forcing all O'Hare Towing leave out of Toyota Park and called O'hare Office informed DO NOT COME BACK AGAIN for disrespectful to other Towing Community and shows no respect for others.

#### Witnesses by:

Son (Daniel Jr) age 5-year-old, tapping me (Daddy) Look on window point finger before getting myself get in truck wrote on my new job's truck 2018 Ford F-550 Rollback.

Daughter (Olina) age 7-year-old, tapping me (Daddy) Look on window point finger before getting myself get in truck wrote on my new job's truck 2018 Ford F-550 Rollback.



**Hostile Work Environment (Bullying)** and **Workplace Harassment** and **Discriminatory Harassment**

Around September to October 2017,

Before starting my work shift and they assigned me a flatbed truck, they set up and threw **Naked Barbie Doll** on top on my winching motor top of flatbed, made reported by text to Bill and Pat to no available to resolve of issue. Disrespectful environmental workplace and discriminatory.

See attach Photo evidence.



**Hostile Work Environment (Bullying) <u>and</u> Workplace Harassment**

Around March to April 2017,

I (Daniel) arrive to O'hare towing to start my shift and walk up look for my assigned truck, found that flatbed was not parked along other flatbed and they threaten took flatbed moved far end of Northwest corner, pulled all big semi-truck tractor and heavy wrecker to blocked my assigned flatbed truck giving me hard time couldn't get it out, notify Pat, Katie and Bill at no available and demanding me to walk up front get all trucks keys and made me to move all semi-truck tractor and heavy wrecker that I do not have obtained CDL License for those Tractors.

Made me as unwelcome conduct that was so severe or pervasive that it affected **the** terms and conditions of **your** employment

See attach Photo evidence.



# Plaintiff

# VS

# Defendant

Mikey Lidster (Deaf Ex-Employee) O'hare Towing Service

### *October 25, 2017*

I (Daniel) texted Mikey L "How was training class and Interpreter was there?"

Mikey L Replied: "Yes". T.I.M (Traffic Indicant Management Class Certificate)

O'Hare registered my name for TIM training on October 25th, 2017 show false evidence that I was present. However, I was not present that day because I wasn't required to show up to training class. I already attended the TIM training class on January 13, 2016, and therefore I didn't need to recertify for it. I had also recently got in contact with Mikey on December 15, 2019, with a clear statement from him that I was not with him the day of TIM training. Attached to this document is proof that contradicts O'Hare's false evidence.

**Please see attached false statement of Purple Communications and rest of evidence (Including text with Mikey, and document mailed to me from government of Illinois Department of Transportation with a T.I.M certificate card)**



**Purple Communications, Inc.**
**595 Menlo Drive**
**Rocklin, CA 95765**
**916-663-6833**
**billing@purple.us**

OHare Towing Services
ATTN:Julie Hinckley
2424 Wisconsin Ave
Downers Grove, IL 60515

| Customer ID | Invoice Date | Due Date |
|---|---|---|
| 74456 | 11/6/2017 | 12/6/2017 |
| Invoice | | Amount Due |
| 74456-58776 | | $900.00 |

### 10/25/2017 8:00 AM - 12:00 PM Training

$615.00

| | |
|---|---|
| Requestor: | Patrick Derbak |
| Participants: | Michael Lidster and Daniel Valenzuela |
| Location: | Ohare Towing Services |
| Job Reference: | IL17-74456-255844 |
| Interpreted By: | 70254: Cathy Silvern, 68503: Cinderella Branch, |

Flat rate: 615.00

$615.00

### 10/27/2017 11:00 AM - 1:00 PM HR meeting

$285.00

| | |
|---|---|
| Requestor: | Patrick Derbak |
| Participants: | Daniel Valenzuela |
| Location: | Ohare Towing Services |
| Job Reference: | IL17-74456-256317 |
| Interpreted By: | 65235: Carrie Speakman, |

2 hrs @ 95.000/hr

$190.00

Travel: 95.00 flat rate.

$95.00

**Invoice Total:** **$900.00**

*** Make sure to include the invoice number on your payment ***

*** Make checks payable to "Purple Communications, Inc." ***

Oct 25, 2017, 1:03 PM

What up how was class?
Interpreter there??

Good, just back home. Yea

U got certificate

Was interpreter there

Yea

Ok. Npp.

I get sleep, later

Let me know if truck still in
shop or moved out of shop
obviously they had key

Ok

Oct 25, 2017, 9:33 PM

Tap to Download

Text Message



**STATE OF ILLINOIS**

**TIM**

**TRAFFIC INCIDENT MANAGEMENT**
TRAINING COURSE COMPLETION CERTIFICATE

DANIEL VAZNZULLA SR

HAS COMPLETED THE TRAINING COURSE ON

DATE: 1/13/2016   GLENVIEW

TRAINER: ROB / CARKORELL

APPROVED BY: Illinois Department of Transportation   PROFESSIONAL DEVELOPMENT HOURS 4.0

**Illinois Department of Transportation**
2300 South Dirksen Parkway
Springfield, Illinois 62764

Presort
First Class Mail
ComBasePrice

U.S. POSTAGE >> PITNEY BOWES

ZIP 62764
02 4W
0000366721    $ 000.41²
JAN. 08 2020

DANIEL VASENZUELA SR.
545 N. COLUMBINE AVE
LOMBARD, IL   60148

154 KMBVNAB  60148

Home (/index) / Transportation System (/transportation-system/index)
/ Transportation Safety (/transportation-system/safety/index) / Roadway Safety

# Traffic Incident Management (TIM)

Traffic Incident Management (TIM) consists of a planned and coordinated multi-disciplinary process to detect, respond to, and clear traffic incidents so that traffic flow may be restored as safely and quickly as possible. Effective TIM reduces the duration and impacts of traffic incidents and improves the safety of motorists, crash victims and emergency responders.

## Traffic Incident Management Training Classes

Emergency responders have been killed in the line of duty when handling a crash scene. To reduce and hopefully eliminate the occurrence of incident scene fatalities, IDOT, in cooperation with the Illinois Center for Transportation and Southern Illinois University – Edwardsville has developed nationally recognized TIM training. The goal of the training is to provide responders with information and best practices that improve their safety at traffic incident scenes. In addition the training will improve communication, coordination, and cooperation between emergency responders throughout the state.



**Please Note:  Effective immediately**, if you have taken the Traffic Incident Management (TIM) class through the Illinois Department of Transportation, **_there is no expiration date._**  This means your TIM certificate and/or card is good and you don't have to recertify.  Please remember to keep the TIM certificate and/or card on your person when conducting business on Illinois roads.

**NEW:** Beginning in June of 2018 the TIM training class qualifies eligible EMT-Basic, Intermediate, Paramedic, Advanced EMTs, Emergency Medical Dispatchers, First Responders, Emergency Medical Responders, and Pre-Hospital Registered Nurses for four (4) hours of Continuing Education credits. Eligible responders should notify instructor(s) upon arrival and bring your IDPH EMS license number to receive the course CE Credits.

If you have any questions or need more information, please contact Robin Helmerichs, TIM Coordinator at Robin.Helmerichs@illinois.gov (mailto:Robin.Helmerichs@illinois.gov)   .

- **Traffic Incident Management Training Schedule (/Assets/uploads/files/Transportation-System/Specialty-Lists/Safety/TIM%20Schedule.pdf)**
- Traffic Incident Management Flyer (/Assets/uploads/files/Transportation-System/Pamphlets-&-Brochures/Safety/TIM%20flyer_090914.pdf)

## Who should attend the training?

# TRAFFIC INCIDENT MANAGEMENT TRAINING
## Northshore Towing
## Glenview, IL
## January 13, 2016

_pm_

| Name (Print) | Agency/Organization | City/Location | Email/Mailing Address | Phone (Office/Cell) |
|---|---|---|---|---|
| 46. Larry Jones | Northshore Towing | Evanston | | |
| 47. Joseph W Bowkes | North Shor | Evanston | | |
| 48. Daniel Franklin | NORTH Shore Towing | Evanston | | |
| 49. Manuuel Page | NORTH SHore Towing | | | |
| 50. KENNETH HAMPTON | North Shore Towing | NONE | | |
| 51. SEAN WATSON | Anchor Towing | Crystl Lake IL | | |
| 52. Chirag R Patel | Materials Solutions Lab. | ElK Grove Village | | |
| 53. Lonnie Reeves | Chicago Auto Recovery | Wheeling | | |
| 54. Marcin Bestur | Winnetka | Winnetka | | |
| 55. ERIK LARSEN | REDMONS TOWING | ELGIN, IL | | |
| 56. Justin Bos | West & Sons | Addison, IL | | |
| 57. Jose Maguindayao | North Shore Towing | | | |
| 58. Pablo Maguindayao | North Shore Towing | | | |
| 59. DANIEL VALGNZUELA SR. | West & Sons Towing | Addison, IL | HawaiiLeeBlue@Gmail.com | (630) 489-0717 |
| 60. | | | | |



Mikey >

TexT @
Dec 15, 2019
8:13AM

all question before my court. I got paperworks I found out that they said I was with you with interpreter twice.

8:18 AM

I never had or been there with you by interpreter were hired three diff interpreter.

Using my name added under your name.

I would like to bring you as witnesses and prove that I never had intercepter during with you. I don't know or never met those three interpreters they tends to met and tells names.

8:19 AM

Interpreter for what

8:20 AM

For Training class TIM I think.

8:21 AM

No u not with me

8:21 AM

Cuz u already have tim

8:21 AM

  Text Message 

      

# Daniel Valenzuela vs. O'Hare's Statement to Social Media

### Defamatory Social Media Posts

Examples of Social Media Defamation Even if an Individual posts information that is partially true and partially false, he or she can be found liable for defamation. For example, a person may claim that an individual was fired for harassment. The individual may have been fired but not for harassment.

## Defamation Case Damages

In order for a plaintiff to prevail in a defamation lawsuit, he or she must be able to show that the defamatory statement damaged him or her in some way. This may be expressed as demonstrating that the damage was significant, quantifiable and documented. This is usually accomplished by showing that the victim's reputation has been damaged. If the person who was insulted online was running a business, damages may be shown by the loss of business or profit. Some statements are so inherently injurious that a victim may not need to show actual damages, such as statements accusing the individual of committing a crime, of being incompetent in his or her profession, of certain sexual conduct or of having an infectious disease. A common test to determine whether a person's reputation has been damaged is if the comment would cause the individual's peers to think less of him or her.

See attached photos.

Profanity Language on FACEBOOK, Bad sample of Business.
# Unprofessional #
Facebook to ALL Towing

**Tim Chitty** ▶ S. T O
October 15 at 8:49pm · 🌐

I hate when stupid people think they can make it thru a flood. Customer told me" its a BMW its unstoppable it'll go thru anything".



···

Seen by 110

Mikey Lidster and 7 others

5 Comments

Lack of
Teamwork
+
No respect
+
Unprofessional
+
Bullying Workplace
+
Neglectful
+
Lack of
Responsibility
+
Careless
+
Playing Video
+
Talking chatting
on phone

Then the hub was Monday.
A bunch of pain in the ass tows during the week....
Then the 355 & Boughton recovery.... More







+20

Seen by 129

 Mikey Lidster and 7 others          10 Comments

👍 Like          💬 Comment

**Mikey Lidster**
All they do is stand and watch n video us on
their phone n talkin on phone holding their dick
Like · 👍 1   Reply



Oct 8    Like · ▶ 1 · Reply    More

**Mikey Lidster**
All they do is stand and watch n video us on their phone n talkin on phone holding their dick

Oct 8    Like · ▶ 1 · Reply    More



**Michael Faklaris**
Make them help. They fucked up. So it is only fair that they help clean up.

Oct 8    Like · ▶  2 · Reply    More



**Steve Ronin Westerfield**
Good luck with that..... 

Oct 8    Like · ▶ 2 · Reply    More





Write a reply...

STEVE.W.

Profanity
Language
ON FACEBOOK.
BAD sample
OF Business.

FUCK YOU HUB!