**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Daniel Valenzuela

                Plaintiff,

v.                                    Case No.: 1:19–cv–06230
                                    Honorable Sharon Johnson Coleman

O'Hare Towing Service

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 3/4/2020. After considering the parties' filings and arguments made in open court, the Court denies pro se plaintiff's motion for default [18] and grants defendant's motion for leave to file an answer [22]. The Court denies as moot defendant's motion to vacate "technical defaults." [22]. Defendant must answer or otherwise plead by March 25, 2020. Status hearing is set for 3/30/2020 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.