**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL VALENZUELA, | ) | CASE NO. 19-CV-06230 |
|     Plaintiff, | ) | |
|   v. | ) | JUDGE: SHARON JOHNSON COLEMAN |
| O'HARE TOWING SERVICE, | ) | |
|     Defendants. | ) | |

# NOTICE OF MOTION
# TO VACATE TECHNICAL DEFAULTS
# AND FOR LEAVE TO FILE ANSWER

TO:    See Attached Service List

    YOU ARE HEREBY NOTIFIED that on March 18, 2020, at 8:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Presiding Judge Sharon Johnson Coleman or any Judge sitting in her stead, in Courtroom 1241 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached Defendant's Motion to Vacate Technical Defaults and for Leave to File Answer, a copy of which is hereby served upon you.


s/Rory K. McGinty
Law Offices of Rory K. McGinty, P.C.
Attorney for Defendant

Prepared By:
Rory K. McGinty
Law Offices of Rory K. McGinty, P.C.
5202 Washington, Ste. 5
Downers Grove, IL 60515
Phone 630-743-9907
Fax 630-743-9910
Email lorkmpc@gmail.com
Atty No. 6196929