**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DANIEL VALENZUELA, ) | CASE NO. 19-CV-06230 |
|     Plaintiff, ) | |
| ) | |
| v. ) | JUDGE: HONORABLE SHARON |
| ) |     JOHNSON COLEMAN |
| O'HARE TOWING SERVICE, ) | |
|     Defendant. ) | |

# NEW CASE JOINT STATUS REPORT

This case has been reassigned to the calendar of the Honorable Judge Sharon Johnson Coleman. Defendant's counsel emailed the following partial draft New Case Joint Status Report to Plaintiff on April 1, 2020 with a request for Plaintiff's input. To date, Defendant's counsel has not received a response from Plaintiff. Due to Plaintiff's hearing impairment, Defendant's counsel is unable to confer with Plaintiff by telephone.

1. **Nature of the Case**:

    A. Attorneys of Record For Each Party:

        i. Plaintiff, Daniel Valenzuela: Has Appeared Pro Se.

        ii. Defendant, O'Hare Towing Service: Attorney of Record Is:

            Rory K. McGinty
            Law Offices of Rory K. McGinty, P.C.
            5202 Washington, Ste. 5
            Downers Grove, IL 60515
            Phone 630-743-9907
            Fax 630-743-9910
            Email lorkmpc@gmail.com.

    B. Nature Of The Claims Asserted In The Complaint And Any Counterclaims:

        i. Claims Asserted In The Complaint:

            a. Harassment;

            b. Reasonable Accommodation Not Provided;

            c. Retaliatory Discharge.

        ii.        Claims Asserted In Any Counterclaim: None.

    C.        Major Legal And Factual Issues In The Case:

        i.        Was Plaintiff Subject to Harassment, And Did Defendant Fail To Stop Harassment, In Violation Of The Americans With Disabilities Act ("ADA")?

        ii.        Did Plaintiff Request, And Did Defendant Fail To Provide, A Reasonable Accommodation To Plaintiff's Disability?

        iii.        Was Plaintiff Discharged in Retaliation For Requesting A Reasonable Accommodation?

    D.        Relief Sought By The Plaintiff:

        i.        Injunctive Relief;

        ii.        Lost Wages;

        iii.        Liquidated/Double Damages;

        iv.        Front Pay;

        v.        Compensatory Damages;

        vi.        Punitive Damages;

        vii.        Pre-Judgment Interest;

        viii.        Post-Judgment Interest;

        ix.        Costs; and

        x.        Attorney's Fees and Expert Witness Fees.

    E.        General Status Of The Case: No Discovery Has Ben Initiated To Date.

2. **Pending Motions**: None.

3. **Proposed Discovery Schedule**:

    A.        General Type Of Discovery Required:

    i.  Plaintiff's Discovery: XXX.

    ii.  Defendant's Discovery:

      a.  Interrogatories;

      b.  Requests To Produce;

      c.  Deposition Of Plaintiff;

      d.  Depositions Of Witnesses Identified By Plaintiff.

  B.  The Case Is Not Part Of the MIDP.

  C.  Proposed Discovery Schedule:

    i.  First Written Fact Discovery To Be Initiated By:  May 31, 2020

    ii.  First Written Fact Discovery To Be Answered By:  June 30, 2020

    iii.  Cutoff Of Written Fact Discovery:  August 15, 2020

    iv.  Cutoff Of Oral Fact Discovery:  September 30, 2020

4. **Trial**:

  A.  Whether A Jury Trial Is Requested: No.

  B.  Probable Length Of Trial: 2 days.

5. **Status Of Settlement Discussions**:

  A.  Status Of Any Settlement Discussions: No Settlement Discussions Have Occurred To Date.

  B.  Whether The Parties Request A Settlement Conference: XXX.

  C.  Whether The Parties Are Interested in Pursuing Arbitration Or Mediation: XXX.

6. **Consent To Proceed Before A Magistrate Judge**: XXX.

_____       _____
Daniel Valenzuela, Plaintiff                     s/Rory K. McGinty, for Defendant

Prepared By:
Rory K. McGinty
Law Offices of Rory K. McGinty, P.C.
5202 Washington, Ste. 5
Downers Grove, IL 60515
Phone 630-743-9907
Fax 630-743-9910
Email lorkmpc@gmail.com
Atty No. 6196929