# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Daniel Valenzuela
                                  Plaintiff,

v.                                                    Case No.: 1:19–cv–06230
                                                        Honorable Sharon Johnson Coleman

O'Hare Towing Service
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 7/8/20 at 9:15 a.m. This matter has been referred to this Court for discovery supervision and settlement. The Court has reviewed the parties' joint status report [38] and enters the parties' proposed discovery schedule as follows: (1) written discovery to issue by May 31, 2020; (2) notice of depositions with agreed upon dates shall issue by August 1, 2020; all fact discovery shall be completed by September 30, 2020. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.