UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Daniel Valenzuela
                        Plaintiff,

v.                                               Case No.: 1:19–cv–06230
                                              Honorable Sharon Johnson Coleman

O'Hare Towing Service
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Initial status hearing held via video conference. Status hearing by videoconference set for September 9, 2020 at 9:30 a.m. ASL interpreter present. Parties reported on the status of the case and discovery. For the reasons discussed on the record, the parties may proceed with written discovery at this time, but depositions and the fact discovery cut−off are stayed pending settlement discussions. This case is referred to the Settlement Assistance Program to appoint counsel for Plaintiff for the limited purpose of assisting with a settlement conference. The Court will reconvene with the parties regarding settlement once a settlement attorney has been recruited for Plaintiff. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.