# U.S. District Court for the Northern District Of Illinois
# Limited Attorney Appearance Form As
# Settlement Assistance Program Counsel

Case Title: Daniel Valenzuela, Plaintiff
v.
O'Hare Towing Service, Def.

Case Number: 1:19-cv-06230

A limited appearance is hereby filed by the undersigned as settlement assistance program counsel for (indicate the name of the party(s) being represented:

Daniel Valenzuela

By filing this appearance, undersigned counsel represents that he/she has not entered into, and will not seek to enter into, any agreement with the party for payment by the party of fees and/or costs.

Attorney name (type or print): Janaan Hashim

Firm: Amal Law Group, LLC

Street address: 225 W. Washington Blvd., Ste. 2200

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6288221
(See item 3 in instructions)

Telephone Number: 708-361-3600

Email Address: jhashim@amallaw.com

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/21/20

Attorney signature: S/ Janaan Hashim
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/10/2015