## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Daniel Valenzuela

     Plaintiff,

v.             Case No.: 1:19–cv–06230

             Honorable Sharon Johnson Coleman

O'Hare Towing Service

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2020:

  MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's Unopposed Motion for extension of time [49] is granted. Plaintiff's settlement letter is now due by 11/5/2020. Defendant's settlement letter is due by 11/19/2020. Continued preliminary settlement discussion previously set for 11/10/2020 is stricken and reset to 11/24/2020 at 10:00 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.