IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Daniel Valenzuela, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Sunil Harjani |
| v. | ) | |
| | ) | 19 CV 06230 |
| O'Hare Trucking Service, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION SEEKING LEAVE TO INCREASE ITS SETTLEMENT LETTER FROM FIVE TO TEN PAGES**

NOW COMES Plaintiff Daniel Valenzuela ("Mr. Valenzuela" or "Plaintiff"), by and through his limited scope attorney, JANAAN HASHIM, and respectfully requests that this Court enter an order granting leave to increase its Standing Order settlement letter page limit from five to ten pages for both parties. In support of his unopposed motion, Mr. Valenzuela states as follows:

1. Mr. Valenzuela is a *pro se* litigant whose complaint (Doc. # 12) includes three claims alleging violations of the Americans With Disabilities Act.

2. Mr. Valenzuela's counsel is a settlement assistance program counsel appointed by this Court on July 21, 2020.

3. The three claims involve both facts that overlap and facts unique to each claim. The three claims each involve different legal analyses. Furthermore, one of the claims involves separate instances of violations that cannot be combined into or summarized under one overarching violation.

4. Plaintiff's counsel respectfully requests an increase in page limit from this Court's Standing Order of five pages to 10 pages for both parties. In allowing this increase, Counsel for Plaintiff would be able to ensure that all relevant and essential facts in support of Plaintiff's legal arguments are not omitted for lack of space or reduced to vague generalizations. The page increase will also allow for more thorough legal analyses supported by relevant caselaw, thus leading to a more productive settlement conference.

5. The requested page increase is sought in good faith and not for the purposes of nuisance, undue delay or prejudice.

6. Counsel for Defendant has no objection to this motion.

WHEREFORE, Plaintiff DANIEL VALENZUELA respectfully requests that this Honorable Court grant leave for an increase of his settlement letter page limit from five to ten, and to grant such relief as the Court finds reasonable and just.

Respectfully Submitted,

*/s/ Janaan Hashim*

_____
Plaintiff's Limited Scope Attorney

Janaan Hashim
Amal Law Group, LLC
225 W. Washington Boulevard
Suite 2200
Chicago, Illinois 60606
708-361-3600

## CERTIFICATE OF SERVICE

    I CERTIFY that I served Plaintiff's motion seeking leave to increase its settlement letter from five to ten pages upon opposing counsel through the ECF system on November 2, 2020.

*/s/ Janaan Hashim*

_____
Plaintiff's Limited Scope Attorney

Janaan Hashim
Amal Law Group, LLC
225 W. Washington Boulevard
Suite 2200
Chicago, Illinois 60606
708-361-3600